# EXHIBIT A

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address | Co-Buyer Name and Address | Seller-Creditor (Name and Address) |
|---|---|---|
| CP TILE & MARBLE PLUS INC. [redacted] | N/A | KAISER BUICK-GMC TRUCK, INC 1590 S. WOODLAND BLVD DELAND FL 32720 |
| Buyer's Birth Month: | Co-Buyer's Birth Month: N/A | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller-Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of __6.99__% per year. The Truth-In-Lending Disclosures below are part of this contract.
You have thoroughly inspected, accepted, and approved the vehicle in all respects.

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2021 | GMC YUKON | 5689 | [redacted]6680 | Personal, family, or household unless otherwise indicated below<br>☐ business ☐ agricultural ☐ __N/A__ |

You agree that we advised you whether, based on seller's knowledge, the vehicle was titled, registered, or used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $17000.00 is |
|---|---|---|---|---|
| 6.99 % | $ 12744.96 | $ 55236.72 | $ 67981.68 | $ 84981.68 |

### Your Payment Schedule Will Be: (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 944.19 | Monthly beginning 09/19/2021 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of each installment.
**Prepayment.** If you pay early, you may have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1. Cash Price (including $ __4092.67__ sales tax) ........... $ __71882.67__ (1)
2. Total Downpayment =
   - Gross Trade-In Allowance ........... $ __N/A__
   - Less Pay Off Made By Seller (e) ........... $ __N/A__
   - Equals Net Trade In ........... $ __N/A__
   - + Cash ........... $ __17000.00__
   - + Other __N/A__ ........... $ __N/A__
   - + Other __N/A__ ........... $ __N/A__
   - (If total downpayment is negative, enter "0" and see 5J below) ........... $ __17000.00__ (2)
3. Unpaid Balance of Cash Price (1 minus 2) ........... $ __54882.67__ (3)
4. Predelivery Service Fees (if Not Included in Cash Price)
   - A Predelivery Service Charge ........... $ __N/A__
   - B Electronic Registration Filing Fee ........... $ __N/A__
   - C __N/A__ ........... $ __N/A__
   These charges represent costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.
   Total Predelivery Service Fees ........... $ __N/A__ (4)
5. Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):
   - A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your choice of insurance providers will not affect our decision to sell you the vehicle or extend credit to you.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
### Optional Credit Insurance
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
Term __N/A__
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Term __N/A__
Premium:
Credit Life $ __N/A__
Credit Disability $ __N/A__
Insurance Company Name __N/A__
__N/A__
Home Office Address __N/A__
__N/A__

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 5A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments:
1. You understand that you have the option of assigning any other policy or policies you own or may procure for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.

X __N/A__ __N/A__
Buyer                    Date
X __N/A__ __N/A__
Co-Buyer                 Date

2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.)

X __N/A__ __N/A__
Buyer                    Date
X __N/A__ __N/A__
Co-Buyer                 Date

Or As Follows: N/A

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of each installment.
**Prepayment.** If you pay early, you may have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**

1. Cash Price (including $ __4092.67__ sales tax) $ __71882.67__ (1)
2. Total Downpayment =
   - Gross Trade-In Allowance $ __N/A__
   - Less Pay Off Made By Seller (e) $ __N/A__
   - Equals Net Trade In $ __N/A__
   - + Cash $ __17000.00__
   - + Other __N/A__ $ __N/A__
   - + Other __N/A__ $ __N/A__
   - (If total downpayment is negative, enter "0" and see 5J below) $ __17000.00__ (2)
3. Unpaid Balance of Cash Price (1 minus 2) $ __54882.67__ (3)
4. Predelivery Service Fees (if Not Included in Cash Price)
   - A Predelivery Service Charge $ __N/A__
   - B Electronic Registration Filing Fee $ __N/A__
   - C __N/A__ $ __N/A__
   These charges represent costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.
   Total Predelivery Service Fees $ __N/A__ (4)
5. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   - A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
     - Life $ __N/A__
     - Disability $ __N/A__ $ __N/A__
   - B Vendor's Single Interest Insurance Paid to Insurance Company $ __N/A__
   - C Other Optional Insurance Paid to Insurance Company or Companies $ __N/A__
   - D Optional Gap Contract $ __N/A__
   - E Official Fees Paid to Government Agencies $ __N/A__
   - F Government Documentary Stamp Taxes $ __193.55__
   - G Government Taxes Not Included in Cash Price $ __N/A__
   - H Government License and/or Registration Fees
     TRANS FEE$150/LIEN FEE$2 $ __152.00__
   - I Government Certificate of Title Fees $ __N/A__
   - J Other Charges (Seller must identify who is paid and describe purpose)
     | to | for | | |
     |---|---|---|---|
     | N/A | for Prior Credit or Lease Balance (e) | $ | N/A |
     | STATE OF FL | for MVWTF/BATTERY/TIRE | $ | 8.50 |
     | N/A | for N/A | $ | N/A |
     | N/A | for N/A | $ | N/A |
     | N/A | for N/A | $ | N/A |
     | N/A | for N/A | $ | N/A |
     | N/A | for N/A | $ | N/A |
     | N/A | for N/A | $ | N/A |
     | N/A | for N/A | $ | N/A |
     | N/A | for N/A | $ | N/A |
   Total Other Charges and Amounts Paid to Others on Your Behalf $ __354.05__ (5)
6. Loan Processing Fee Paid to Seller (Prepaid Finance Charge) $ __N/A__ (6)
7. Amount Financed (3 plus 4 plus 5) $ __55236.72__ (7)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before __N/A__, Year __N/A__. SELLER'S INITIALS __N/A__

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 5D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

---

Term N/A
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Term N/A
Premium:
  Credit Life $ __N/A__
  Credit Disability $ __N/A__
Insurance Company Name __N/A__
__N/A__
Home Office Address __N/A__
__N/A__

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 5A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments:
1. You understand that you have the option of assigning any other policy or policies you own or may procure for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.

X __N/A__ __N/A__
Buyer Date
X __N/A__ __N/A__
Co-Buyer Date

2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.)

X __N/A__ __N/A__
Buyer Date
X __N/A__ __N/A__
Co-Buyer Date

3. You understand that the benefits under the policy will terminate when you reach a certain age and affirm that your age is accurately represented on the application or policy.

X __N/A__ __N/A__
Buyer Date
X __N/A__ __N/A__
Co-Buyer Date

**Other Optional Insurance**

☐ __N/A__ __N/A__
Type of Insurance Term
Premium $ __N/A__
Ins. Co. Name & Address __N/A__
__N/A__
__N/A__

☐ __N/A__ __N/A__
Type of Insurance Term
Premium $ __N/A__
Ins. Co. Name & Address __N/A__
__N/A__
__N/A__

☐ __N/A__ __N/A__
Type of Insurance Term
Premium $ __N/A__
Ins. Co. Name & Address __N/A__
__N/A__
__N/A__

☐ __N/A__ __N/A__
Type of Insurance Term
Premium $ __N/A__
Ins. Co. Name & Address __N/A__
__N/A__
__N/A__

| | | | | | |
|---|---|---|---|---|---|
| I | Government Certificate of Title Fees | | | | N/A |
| J | Other Charges (Seller must identify who is paid and describe purpose) | | | | |
| | to N/A | for Prior Credit or Lease Balance (e) | $ | N/A | |
| | to STATE OF FL | for MYDTF/BATTERY/TIRE | $ | 8.50 | |
| | to N/A | for N/A | $ | N/A | |
| | to N/A | for N/A | $ | N/A | |
| | to N/A | for N/A | $ | N/A | |
| | to N/A | for N/A | $ | N/A | |
| | to N/A | for N/A | $ | N/A | |
| | to N/A | for N/A | $ | N/A | |
| | to N/A | for N/A | $ | N/A | |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | | $ | 354.05 | (5) |
| 6 | Loan Processing Fee Paid to Seller (Prepaid Finance Charge) | | $ | N/A | (6) |
| 7 | Amount Financed (3 plus 4 plus 5) | | $ | 55236.77 | (7) |

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____, Year N/A. SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 5D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos.  N/A Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X N/A

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $** N/A and is also shown in Item 5B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.
You authorize us to purchase Vendor's or Lender's Single Interest Insurance.
Buyer Signs X N/A    Co-Buyer Signs X N/A    Date: N/A

| Trade-In Vehicle | Trade-In Vehicle |
|---|---|
| Year N/A Make N/A | Year N/A Make N/A |
| Model N/A | Model N/A |
| VIN N/A | VIN N/A |
| Gross Trade-In Allowance $ N/A | Gross Trade-In Allowance $ N/A (e) |
| Payoff Made by Seller $ N/A  (e) | Payoff Made by Seller $ N/A |
| Lienholder N/A | Lienholder N/A |

You assign to Seller all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.
Buyer Initials N/A    Co-Buyer Initials N/A

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount shown above and in Item 2 of the Itemization of Amount Financed as the Pay Off Made by Seller. You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown above and in Item 2 to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown above and in Item 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown above and in Item 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Pay Off Made by Seller shown above and in Item 2 or any refund.
Buyer Signature X N/A    Co-Buyer Signature X N/A

**JURY TRIAL WAIVER.** By entering this contract, you agree to waive your right to trial by jury.
Buyer Signature X Titles Maybe Plus Inc. [signature] Pres.    Co-Buyer Signature X N/A

**SELLER'S RIGHT TO CANCEL** - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section on the back, which gives the Seller the right to cancel if Seller is unable to assign this contract within _____ days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ 100.00 per day from the date of cancellation until the vehicle is returned or repossessed.
X Titles Maybe Plus Inc. [signature] Pres.    X N/A
Buyer Signs    Co-Buyer Signs

---

Ins. Co. Name & Address N/A
N/A
☐ N/A Type of Insurance    N/A Term
Premium $ N/A
Ins. Co. Name & Address N/A
N/A
☐ N/A Type of Insurance    N/A Term
Premium $ N/A
Ins. Co. Name & Address N/A
N/A
☐ N/A Type of Insurance    N/A Term
Premium $ N/A
Ins. Co. Name & Address N/A
N/A
☐ N/A Type of Insurance    N/A Term
Premium $ N/A
Ins. Co. Name & Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.
X N/A
Buyer Signature    Date
X N/A
Co-Buyer Signature    Date

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.**

**Returned Payment Charge:** If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the payment amount is over $300; or such amount as permitted by law.

Florida documentary stamp tax required by law in the amount of $ 193.55 has been paid or will be paid directly to the Department of Revenue.
Certificate of Registration No. _____

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to seller. You agree to complete all documents required for assignment of rebates and incentives.

You authorize us to purchase Vendor's or Lender's Single Interest Insurance
Buyer Signs X ___N/A___   Co-Buyer Signs X ___N/A___  Date: ___N/A___

Buyer Signature X _____ Date _____
Co-Buyer Signature X _____ Date _____

**Trade-In Vehicle**
Year N/A  Make N/A
Model N/A
VIN N/A
Gross Trade-In Allowance $ N/A
Payoff Made by Seller $ N/A                     (e)
Lienholder N/A

**Trade-In Vehicle**
Year N/A  Make N/A
Model N/A
VIN N/A
Gross Trade-In Allowance $ N/A
Payoff Made by Seller $ N/A                     (e)
Lienholder N/A

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.**

**Returned Payment Charge:** If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the payment amount is over $300; or such amount as permitted by law.

You assign to Seller all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

Buyer Initials ___N/A___  Co-Buyer Initials ___N/A___

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount shown above and in Item 2 of the Itemization of Amount Financed as the Pay Off Made by Seller. You understand that the amount quoted is an estimate. Seller agrees to pay the payoff amount shown above and in Item 2 to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown above and in Item 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown above and in Item 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Pay Off Made by Seller shown above and in Item 2 or any refund.

Buyer Signature X ___N/A___  Co-Buyer Signature X ___N/A___

Florida documentary stamp tax required by law in the amount of $ __193.55__ has been paid or will be paid directly to the Department of Revenue. Certificate of Registration No. _____

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to seller. You agree to complete all documents required for assignment of rebates and incentives.

**JURY TRIAL WAIVER.** By entering this contract, you agree to waive your right to trial by jury.
Buyer Signature X _CP Title & Marble Plus Inc_ _Carl Peters, Pres._   Co-Buyer Signature X ___N/A___

**SELLER'S RIGHT TO CANCEL** - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section on the back, which gives the Seller the right to cancel if Seller is unable to assign this contract within _____ days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ _100.00_ per day from the date of cancellation until the vehicle is returned or repossessed.
X _CP Title & Marble Plus Inc_ _Carl Peters, Pres._         X ___N/A___
Buyer Signs                                                  Co-Buyer Signs

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.  Buyer Signs X _CP Title & Marble Plus_ _Carl Peters, Pres._ Co-Buyer Signs X ___N/A___
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See back for other important agreements.**

**NOTICE TO THE BUYER: a)** Do not sign this contract before you read it or if it contains any blank spaces. **b)** You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _CP Title & Marble Plus Inc_ _Carl Peters, Pres._  Date _08/04/21_   Co-Buyer Signs X ___N/A___  Date ___N/A___
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name ___N/A___   Title ___N/A___

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____  Address _____

Seller Signs _____ Date _08/04/21_  By X _____ Title _____

Seller assigns its interest in this contract to _ALLY BANK_ (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse

Seller _KAISER BUICK-GMC TRUCK, INC_   By _____   Title _Comptroller_

LAW® FORM NO. 553-FL (REV. 9/19)
©2019 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR USE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

FILE COPY