# EXHIBIT C

**Estimate**
# $0.00

**Carl Black Buick GMC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 415995 | Tag# : 403**
Check-in: Mon Dec 13, 2021 | 9:38 AM
Promise Time: Sat Dec 18, 2021 | 11:59 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Pickup-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | Alex Calcano |
| | | *6680* | 1940 |
| | **Billing Customer** | 3,408 Mi In | (407) 540-9238 |
| | Same as Customer | In Service: 08/04/2021 | |

| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Alex Calcano on December 13, 2021 | 9:38 AM

| B. | CC | Customer states CENTER CONSOLE DOESNT CLICK CLOSED | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by SHAYLEE NIELSEN on December 13, 2021 | 9:38 AM

| C. | CC | Customer states DRIVERS ASSIST NEEDS SERVICED | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by SHAYLEE NIELSEN on December 13, 2021 | 9:38 AM

| D. | 0600743 | GMC MAINTENANCE SERVICE | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Alex Calcano on December 13, 2021 | 9:38 AM

Customer Signature

Date Mon Dec 13, 2021 | 9:38 AM



**Estimate**
# $0.00

**Carl Black Buick GMC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 415995 | Tag# : 403**

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

Check-in: Mon Dec 13, 2021 | 9:38 AM
Promise Time: Sat Dec 18, 2021 | 11:59 PM

| Customer | Billing Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Alex Calcano |
| | | 6680 | 1940 |
| | | | (407) 540-9238 |

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN: I UNDERSTAND , THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

☐ I REQUEST A WRITTEN ESTIMATE
☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED: _____ DATE: _____

**PAYMENT TERMS:** I agree to pay for the inspection and repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the repairs unless the Dealership agrees to other payment arrangements in advance. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.
**SHOP SUPPLIES COST:** A charge equal to 10% of the total cost of the labor and parts, not to exceed $30.00, will be added to the repair order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).
**LABOR AND PARTS COSTS:** Labor charges are based on both a flat rate and an hourly rate unless otherwise indicated. All parts installed are new unless otherwise indicated. You are entitled, upon request, to inspect all parts removed from the vehicle or, provided that the Dealership does not have a warranty arrangement or exchange parts program with the manufacturer, supplier or distributor, to have them returned.

Discard Replaced Parts _____ (INITIAL) Saved Replaced Parts _____ (INITIAL)
**DISCLAIMER OF WARRANTIES:** Any warranties on the product sold hereby are those made by the manufacturer. The dealer is not a party to any Manufacturer's warranty on parts or service contained herein. THE DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY PARTS, LABOR OR DIAGNOSTIC SERVICES FURNISHED UNDER THIS ORDER.
I understand that the Dealership is not responsible for any delays caused by unavailability of the parts or shipping by the supplier or transporter, nor is it responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control.
I hereby grant the Dealerships permission to operate the vehicle in streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Customer Signature:_____ Date: _____
**STORAGE CHARGES:** I understand that a storage charge equal to $20.00 will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 working days after being notified that the repairs have been completed.

**CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK:** If I authorize diagnostic work to estimate the cost of repair or commencement of repairs, but do not authorize completion of repair or service, a charge will be imposed for disassembly, reassembly or partial completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless I wave reassembly, or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service



© Tekion Corp 2021

**Estimate**
## 0.00



**Carl Black Buick GMC**
11500 E Colonial Dr, Orlando, FL, 32817

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

**RO# : 420539 | Tag# : 4022**
Check-in: Thu Mar 10, 2022 | 10:33 AM
Promise Time: Wed Mar 16, 2022 | 12:59 AM

| Customer | Pickup-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| **CHAD PETERMAN** | Same as Customer | **2021 GMC Yukon** | **TREY CALDWELL** |
|  | | ████████████*6680* | 2199 |
| | **Billing Customer** | 5,767 Mi In | (407) 426-3000 |
| | Same as Customer | In Service: 08/04/2021 | |

| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by TREY CALDWELL on Thu Mar 10, 2022 | 10:33 AM

| B. | CC | CUST STATES ARM REST WILL NOT LOCK INTO PLACE. CHECK AND ADV. SOP HERE | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by TREY CALDWELL on Thu Mar 10, 2022 | 10:33 AM

Customer Signature

Date Thu Mar 10, 2022 | 10:33 AM

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN: I UNDERSTAND , THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.
☐ I REQUEST A WRITTEN ESTIMATE
☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED: _____ DATE: _____
**PAYMENT TERMS:** I agree to pay for the inspection and repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the repairs unless the Dealership agrees to other payment arrangements in advance. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.
**SHOP SUPPLIES COST:** A charge equal to 10% of the total cost of the labor and parts, not to exceed $30.00, will be added to the repair order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).
**LABOR AND PARTS COSTS:** Labor charges are based on both a flat rate and an hourly rate unless otherwise indicated. You are entitled, upon request, to inspect all parts removed from the vehicle or, provided that the Dealership does not have a warranty arrangement or exchange parts program with the manufacturer, supplier or distributor, to have them returned.

Discard Replaced Parts _____ (INITIAL) Saved Replaced Parts _____ (INITIAL)
**DISCLAIMER OF WARRANTIES:** Any warranties on the product sold hereby are those made by the manufacturer. The dealer is not a party to any Manufacturer's warranty on parts or service contained herein. THE DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY PARTS, LABOR OR DIAGNOSTIC SERVICES FURNISHED UNDER THIS ORDER.
I understand that the Dealership is not responsible for any delays caused by unavailability of the parts or shipping by the supplier or transporter, nor is it responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control.
I hereby grant the Dealerships permission to operate the vehicle in streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Customer Signature: _____ Date: _____
**STORAGE CHARGES:** I understand that a storage charge equal to $20.00 will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 working days after being notified that the repairs have been completed.

**CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK:** If I authorize diagnostic work to estimate the cost of repair or commencement of repairs, but do not authorize completion of repair or service, a charge will be imposed for disassembly, reassembly or partial completed work. The vehicle shall be reassembled to a condition reasonably similar to when received, unless I wave reassembly, or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service



Ⓣ © Tekion Corp 2022

Customer Copy v1 | Page 1 of 1
Thu Mar 10, 2022 | 10:33 AM



**Estimate**

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 464838 | Tag# : 3119**
Check-in: Wed Dec 27, 2023 | 12:35 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Pickup-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | Francisco Bracamonte |
| | | ████████6680 | 2383 |
| | **Billing-Customer** | License: 22GUY | (407) 426 - 3000 |
| | Same as Customer | 22,198 Mi In | |
| | | In Service: 06/07/2022 | |

---

| A. | **GMI** | **GM COURTESY MULTI-POINT INSPECTION** | Internal Pay | $0.00 |
|---|---|---|---|---|

**Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM**

GMI -GM COURTESY MULTI-POINT INSPECTION

| Technician |
|---|
| 2267 |

   1. INSPECTION COMPLETED

---

| B. | **9106434** | **GM N222372380 safety Improper Rivets on Seat Belt Buckle Assembly** | Warranty Pay | $0.00 |
|---|---|---|---|---|

**Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM**

9106434 -#N222372380: Safety Recall - Third Row Seatbelt Buckle Retention

| Technician |
|---|
| 2267 |

   1. PERFORMED RECALL N222372380. INSPECTED THIRD ROW SEAT BELT BUCKLE RIVOTS: PASSED. 22205M OUT

   2. Dealers will inspect the rivet head formation on both the left and right side third row seatbelt buckle assemblies and replace seatbelt buckle assemblies as necessary.

   3. PERFORMED LABOR OP: 9106434- Inspect Only – Vehicle Passed Inspection (No Further Action Required) PER #N222372380-02: Safety Recall - Third Row Seatbelt Buckle Retention

---

| C. | **CC** | **Customer states WHEN TURNING ALL THE WAY LEFT THERE IS A VIBRATION AND GRINDING NOISE COMING FROM PASSENGER FRONT WHEEL** | Internal Pay | $0.00 |
|---|---|---|---|---|

**Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM**

---



Ⓣ © Tekion Corp 2024



**Estimate**

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 464838 | Tag# : 3119**
Check-in: Wed Dec 27, 2023 | 12:35 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
|  |  | ▮▮▮▮▮▮▮▮*6680* | 2383 |
|  |  |  | (407) 426 - 3000 |

CC -Customer states

| Technician |
|---|
| 2267 |

1. back ordered parts. no work done.

| D. | 6040360 | Customer states DURING HEAVY RAIN OR WHEN PARKED ON A DECLINE WATER LEAKS FROM ONSTAR BUTTON | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

6040360 -6040360

| Technician |
|---|
| 2267 |

1. verified concern. water leaking into cabin after heavy rains. performed water leak diag: water coming into cabin through the sunroof glass seal. checked for known concerns/ none available that pertain to concern. attempted to perform glass height and opening fit adjustment. retest water leak: failed. unable to stop leak. traced fault to glass seal warped and hard. replaced sunroof window. retest water leak: passed. all leaks stopped. 22200m out

2. 6040360 Sunroof Window Replacement 1.4

| E. | CC | Customer states AC CONTROL BUTTONS ARE STICKING | Customer Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

CC -Customer states

| Technician |
|---|
| 2267 |

1. NWD, REFERF TO REC's LINE FOR REPAIR

| | Total Labor | Total Parts |
|---|---|---|
| | $0.00 | $0.00 |



**Estimate**

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 464838 | Tag# : 3119**
Check-in: Wed Dec 27, 2023 | 12:35 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| | | ...6680 | 2383 |
| | | | (407) 426 - 3000 |

---

| F. | 1033500 | Customer states SLIDING PLASTIC COVER NOT SITTING CORRECTLY ON CENTER CONSOLE | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

1033500 -1033500

| Technician |
|---|
| 2267 |

1. verified concern. center console lid moves around excessively. inspected console and found the vehicle has a power sliding console. performed electrical diag: no codes pertaining to console. performed circuit test. power and ground signals to power console actuator are good. found the console lid cable is stretched excessively at the power actuator. removed all console trim panels to access. replaced center console base. reassembled. retest/passed. lid closes properly and tightly. 22202m out

2. 1033500 Front Floor Console Base Replacement 2.1

---

| G. | CC | Customer states OUTLET IN REAR OF VEHICLE INOP CHECK AND ADVISE | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

CC -Customer states

| Technician |
|---|
| 2267 |

1. attempted to verify concern. 110v outlets have power when vehicle is running and the main switch is turned on. checked for codes: none present. checked for known issues, no bulletins available. CCND. 22200

---

| H. | RENT | RENTAL 4140674 1GKS2BKDXMR406680 | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Trenton Hood on Thu Feb 15, 2024 | 5:58 PM

---



© Tekion Corp 2024



**Estimate**

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 464838 | Tag# : 3119**
Check-in: Wed Dec 27, 2023 | 12:35 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| | | ██████6680 | 2383 |
| | | | (407) 426 - 3000 |

RENT -RENTAL

| Technician |
|---|
| 2267 |

1. RENTAL VEHICLE

| I. | 4022020 | CC - Customer states CRANKS BUT NO START | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Casie Muse on Mon Feb 26, 2024 | 9:51 AM

4022020 -4022020

| Technician |
|---|
| 2267 |

1. verified concern. vehicle cranks but wont start. tried to start but stalled out. performed electrical diag: P0627, FUEL pump control circuit open or high resistance. performed circuit test: power and ground signals to control module are good. no output to fuel pump. traced fault to internal high resistance in the fuel pump power control module. replaced fuel pump control module. cleared codes. retest/passed. vehicle operates properly. 22202m out

2. 4022020 Fuel Pump Power Control Module Replacement B - .4, D - 1.0

| J. | RENT | RENTAL c402049 1GCPAFE87RZ104961 | Customer Pay | $42.00 |
|---|---|---|---|---|

Job added by Trenton Hood on Fri Mar 8, 2024 | 1:35 PM

RENT -RENTAL

1. RENTAL VEHICLE

| | Total Labor | Total Parts |
|---|---|---|
| | $0.00 | $0.00 |

X
Customer Signature                                                                 Date

© Tekion Corp 2024





**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Estimate**

**RO# : 464838 | Tag# : 3119**
Check-in: Wed Dec 27, 2023 | 12:35 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| | | *6680* | 2383 |
| | | | (407) 426 - 3000 |

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN: I UNDERSTAND , THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

☐ I REQUEST A WRITTEN ESTIMATE
☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____, THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL
☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED:_____ DATE: _____
**PAYMENT TERMS:** I agree to pay for the inspection and repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the repairs unless the Dealership agrees to other payment arrangements in advance. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

**SHOP SUPPLIES COST:** A charge equal to 10% of the total cost of the labor and parts, not to exceed $30.00, will be added to the repair order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).

**LABOR AND PARTS COSTS:** Labor charges are based on both a flat rate and an hourly rate unless otherwise indicated. All parts installed are new unless otherwise indicated. You are entitled, upon request, to inspect all parts removed from the vehicle or provided that the Dealership does not have a warranty arrangement or exchange parts program with the manufacturer, supplier or distributor, to have them returned.

Discard Replaced Parts _____ (INITIAL) Saved Replaced Parts _____ (INITIAL)
**DISCLAIMER OF WARRANTIES:** Any warranties on the product sold hereby are those made by the manufacturer. The dealer is not a party to any Manufacturer's warranty on parts or service contained herein. THE DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY PARTS, LABOR OR DIAGNOSTIC SERVICES FURNISHED UNDER THIS ORDER.

I understand that the Dealership is not responsible for any delays caused by unavailability of the parts or shipping by the supplier or transporter, nor is it responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control.

I hereby grant the Dealerships permission to operate the vehicle in streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Customer Signature _____ Date _____
**STORAGE CHARGES:** I understand that a storage charge equal to $20.00 will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 working days after being notified that the repairs have been completed.

**CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK:** If I authorize diagnostic work to estimate the cost of repair or commencement of repairs, but do not authorize completion of repair or service, a charge will be imposed for disassembly, reassembly or partial completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless I waive reassembly, or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service



© Tekion Corp 2024

**Customer Pay Invoice**
**$0.00**



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 464838 | Tag# : 3119**

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

Check-in: Wed Dec 27, 2023 | 12:35 PM
Ready for Pickup: Tue Feb 27, 2024 | 5:32 PM

| Customer | Pickup-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | Francisco Bracamonte |
| | | ▮▮▮▮▮▮▮▮▮*6680* | 2383 |
| | **Billing-Customer** | License: 22GUY | (407) 426 - 3000 |
| | Same as Customer | 22,198 Mi In / 22,198 Mi Out | |
| | | In Service: 06/07/2022 | |

---

| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

1.PERFORMED COURTESY MULTI- POINT INSPECTION

| GMI -GM COURTESY MULTI-POINT INSPECTION | Labor | $0.00 |
|---|---|---|

   1. INSPECTION COMPLETED

---

| B. | 9106434 | GM N222372380 safety Improper Rivets on Seat Belt Buckle Assembly | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

1.N222372380

| 9106434 -#N222372380: Safety Recall - Third Row Seatbelt Buckle Retention | Labor | $0.00 |
|---|---|---|

   1. PERFORMED RECALL N222372380. INSPECTED THIRD ROW SEAT BELT BUCKLE RIVOTS: PASSED. 22205M OUT

   2. Dealers will inspect the rivet head formation on both the left and right side third row seatbelt buckle assemblies and replace seatbelt buckle assemblies as necessary.

   3. PERFORMED LABOR OP: 9106434- Inspect Only – Vehicle Passed Inspection (No Further Action Required) PER #N222372380-02: Safety Recall - Third Row Seatbelt Buckle Retention

---

| C. | CC | Customer states WHEN TURNING ALL THE WAY LEFT THERE IS A VIBRATION AND GRINDING NOISE COMING FROM PASSENGER FRONT WHEEL | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

| CC -Customer states | Labor | $0.00 |
|---|---|---|

   1. back ordered parts. no work done.

---





**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer Pay** Invoice
**$0.00**

**RO# : 464838 | Tag# : 3119**
Check-in: Wed Dec 27, 2023 | 12:35 PM
Ready for Pickup: Tue Feb 27, 2024 | 5:32 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | Francisco Bracamonte |
| ███████████ | | ███████████6680 | 2383 |
| | | | (407) 426 - 3000 |

| | | |
|---|---|---|
| Parts | | $0.00 |
| 19417365 - OIL 0  `SOR` | | |

---

| D. | 6040360 | Customer states DURING HEAVY RAIN OR WHEN PARKED ON A DECLINE WATER LEAKS FROM ONSTAR BUTTON | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

1.sunroof glass seal hard and warped. replaced glass

| 6040360 -6040360 | Labor | $0.00 |
|---|---|---|

1. verified concern. water leaking into cabin after heavy rains. performed water leak diag: water coming into cabin through the sunroof glass seal. checked for known concerns/ none available that pertain to concern. attempted to perform glass height and opening fit adjustment. retest water leak: failed. unable to stop leak. traced fault to glass seal warped and hard. replaced sunroof window. retest water leak: passed. all leaks stopped. 22200m out

2. 6040360 Sunroof Window Replacement 1.4

| Parts | | $0.00 |
|---|---|---|
| 84636410 - WINDOW 1  `SOR` | | |

---

| E. | CC | Customer states AC CONTROL BUTTONS ARE STICKING | Customer Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

| CC -Customer states | Labor | $0.00 |
|---|---|---|

1. NWD, REFERF TO REC's LINE FOR REPAIR

---

| F. | 1033500 | Customer states SLIDING PLASTIC COVER NOT SITTING CORRECTLY ON CENTER CONSOLE | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

1.cente console power actuator cable is stretched. replaced base to repair concern.

| 1033500 -1033500 | Labor | $0.00 |
|---|---|---|

1. verified concern. center console lid moves around excessively. inspected console and found the vehicle



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer Pay Invoice**
**$0.00**

**RO# : 464838 | Tag# : 3119**
Check-in: Wed Dec 27, 2023 | 12:35 PM
Ready for Pickup: Tue Feb 27, 2024 | 5:32 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| | | ███████6680 | 2383 |
| | | | (407) 426 - 3000 |

has a power sliding console. performed electrical diag: no codes pertaining to console. performed circuit test. power and ground signals to power console actuator are good. found the console lid cable is stretched excessively at the power actuator. removed all console trim panels to access. replaced center console base. reassembled. retest/passed. lid closes properly and tightly. 22202m out

2. 1033500 Front Floor Console Base Replacement 2.1

**Parts**      $0.00

87865833 - BASE 1   `SOR`

---

| G. | CC | Customer states OUTLET IN REAR OF VEHICLE INOP CHECK AND ADVISE | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

1.ccnd

CC -Customer states      **Labor**      $0.00

     1. attempted to verify concern. 110v outlets have power when vehicle is running and the main switch is turned on. checked for codes: none present. checked for known issues, no bulletins available. CCND. 22200

---

| H. | RENT | RENTAL 4140674 1GKS2BKDXMR406680 | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Trenton Hood on Thu Feb 15, 2024 | 5:58 PM

1.RENTAL VEHICLE

RENT -RENTAL      **Labor**      $0.00

     1. RENTAL VEHICLE

**Fees**      $0.00

VEHRENT - RENTAL $40/Day - $0.00

---

| I. | 4022020 | CC - Customer states CRANKS BUT NO START | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Casie Muse on Mon Feb 26, 2024 | 9:51 AM

1.internal high resistance of the fuel pump driver module, P0627

---



© Tekion Corp 2024

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer Pay Invoice**

**$0.00**

**RO# : 464838 | Tag# : 3119**

Check-in: Wed Dec 27, 2023 | 12:35 PM
Ready for Pickup: Tue Feb 27, 2024 | 5:32 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| | | 6680 | 2383 |
| | | | (407) 426 - 3000 |

| | | | |
|---|---|---|---|
| 4022020 -4022020 | | Labor | $0.00 |

1. verified concern. vehicle cranks but wont start. tried to start but stalled out. performed electrical diag: P0627, FUEL pump control circuit open or high resistance. performed circuit test: power and ground signals to control module are good. no output to fuel pump. traced fault to internal high resistance in the fuel pump power control module. replaced fuel pump control module. cleared codes. retest/passed. vehicle operates properly. 22202m out

2. 4022020 Fuel Pump Power Control Module Replacement B - .4, D - 1.0

| Parts | | $0.00 |
|---|---|---|
| 13554821 - MODULE 1 | | |

| J. | RENT | RENTAL c402049 1GCPAFE87RZ104961 | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Trenton Hood on Fri Mar 8, 2024 | 1:35 PM

1.RENTAL VEHICLE

| RENT -RENTAL | | Labor | $0.00 |
|---|---|---|---|

  1. RENTAL VEHICLE

| Fees | | | $0.00 |
|---|---|---|---|

VEHRENT - RENTAL $40/Day - $0.00

RENTAL - $2.00 PER DAY STATE TAX FEE - $0.00

### Deferred Recommendation(s)

| | | | | | |
|---|---|---|---|---|---|
| ⚠️ | A. | REC | REPLACE HVAC CONTROL PANEL | Customer Pay | $805.74 |
| ⚠️ | B. | TIRE4 | REPLACE FOUR TIRES | Customer Pay | $1,146.44 |
| ❌ | C. | ALIGN | WHEEL ALIGNMENT | Customer Pay | $129.99 |
| | | | | Subtotal | $2,082.17 |



Ⓣ © Tekion Corp 2024

Customer Copy v2 | Page 4 of 6
Thu Mar 14, 2024 | 4:27 PM



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

Customer Pay Invoice
**$0.00**

**RO# : 464838 | Tag# : 3119**

Check-in: Wed Dec 27, 2023 | 12:35 PM
Ready for Pickup: Tue Feb 27, 2024 | 5:32 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| **Customer** | **Billing-Customer** | **Vehicle** | **Service Advisor** |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | **Francisco Bracamonte** |
| | | 6680 | 2383 |
| | | | (407) 426 - 3000 |

| | |
|---|---|
| Labor | **$0.00** |
| Parts | **$0.00** |
| Sublet Labor | **$0.00** |
| Sublet Parts | **$0.00** |
| Fees | **$0.00** |
| Discounts | **$0.00** |
| Tax | **$0.00** |
| Deductible | **$0.00** |
| Insurance/Warranty | **$0.00** |
| **Invoice Total** | **$0.00** |
| My GM Rewards Redeemable | **$0.00** |
| Total Payable (if rewards are applied) | **$0.00** |

**Original Estimate**
Wed Dec 27, 2023 | 12:35 PM        $0.00

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

Customer Signature

Service Advisor Signature

**Invoice Date**
Thu Mar 14, 2024 | 4:27 PM



© Tekion Corp 2024



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer Pay Invoice**
**$0.00**

**RO# : 464838 | Tag# : 3119**

Check-in: Wed Dec 27, 2023 | 12:35 PM
Ready for Pickup: Tue Feb 27, 2024 | 5:32 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
|  |  | 6680 | 2383 |
|  |  |  | (407) 426 - 3000 |

**DISCLAIMER OF WARRANTIES:** Any warranties on the product sold hereby are those made by the manufacturer. The dealer is not a party to any Manufacturer's warranty on parts or service contained herein. THE DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY PARTS, LABOR OR DIAGNOSTIC SERVICES FURNISHED UNDER THIS ORDER.

By Signing below, you acknowledge that you were notified of and authorized the Dealership to perform the service/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE: _____  Customer Signature: _____

Authorized Dealership Representative Signature: _____

**SHOP SUPPLIES COST:** We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $30.00, to the repair order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**



© Tekion Corp 2024

**Estimate**



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 464838 | Tag# : 3119**
Check-in: Wed Dec 27, 2023 | 12:35 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| **Customer** | **Pickup-Customer** | **Vehicle** | **Service Advisor** |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | **Erik Eaton** |
| | | *6680* | 2362 |
| | **Billing-Customer** | License: 22GUY | (407) 426 - 3000 |
| | Same as Customer | 22,198 Mi In | |
| | | In Service: 06/07/2022 | |

---

| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

GMI -GM COURTESY MULTI-POINT INSPECTION
   1. INSPECTION COMPLETED

---

| B. | RECALL | GM N222372380 safety Improper Rivets on Seat Belt Buckle Assembly | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

RECALL -PERFORM RECALL. VERIFIED OPEN RECALL:

---

| C. | CC | Customer states WHEN TURNING ALL THE WAY LEFT THERE IS A VIBRATION AND GRINDING NOISE COMING FROM PASSENGER FRONT WHEEL | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

CC -Customer states

---

| D. | CC | Customer states DURING HEAVY RAIN OR WHEN PARKED ON A DECLINE WATER LEAKS FROM ONSTAR BUTTON | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

CC -Customer states

---



© Tekion Corp 2023

**Estimate**

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 464838 | Tag# : 3119**

Check-in: Wed Dec 27, 2023 | 12:35 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | **Erik Eaton** |
| | | *6680* | 2362 |
| | | | (407) 426 - 3000 |

| E. | CC | Customer states AC CONTROL BUTTONS ARE STICKING | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

CC -Customer states

| F. | CC | Customer states SLIDING PLASTIC COVER NOT SITTING CORRECTLY ON CENTER CONSOLE | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

CC -Customer states

| G. | CC | Customer states 12V OUTLET IN REAR OF VEHICLE INOP CHECK AND ADVISE | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Erik Eaton on Wed Dec 27, 2023 | 12:35 PM

CC -Customer states

Customer Signature

Date Wed Dec 27, 2023 | 12:35 PM



© Tekion Corp 2023



**Estimate**

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 464838 | Tag# : 3119**

Check-in: Wed Dec 27, 2023 | 12:35 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Erik Eaton |
| | | *6680* | 2362 |
| | | | (407) 426 - 3000 |

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN: I UNDERSTAND , THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

☐ I REQUEST A WRITTEN ESTIMATE

☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED: _____ DATE: _____

**PAYMENT TERMS:** I agree to pay for the inspection and repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the repairs unless the Dealership agrees to other payment arrangements in advance. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

**SHOP SUPPLIES COST:** A charge equal to 10% of the total cost of the labor and parts, not to exceed $30.00, will be added to the repair order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).

**LABOR AND PARTS COSTS:** Labor charges are based on both a flat rate and an hourly rate unless otherwise indicated. All parts installed are new unless otherwise indicated. You are entitled, upon request, to inspect all parts removed from the vehicle or, provided that the Dealership does not have a warranty arrangement or exchange parts program with the manufacturer, supplier or distributor, to have them returned.

Discard Replaced Parts _____ (INITIAL) Saved Replaced Parts _____ (INITIAL)

**DISCLAIMER OF WARRANTIES:** Any warranties on the product sold hereby are those made by the manufacturer. The dealer is not a party to any Manufacturer's warranty on parts or service contained herein. THE DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY PARTS, LABOR OR DIAGNOSTIC SERVICES FURNISHED UNDER THIS ORDER.

I understand that the Dealership is not responsible for any delays caused by unavailability of the parts or shipping by the supplier or transporter, nor is it responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control.

I hereby grant the Dealerships permission to operate the vehicle in streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Customer Signature: _____ Date: _____

**STORAGE CHARGES:** I understand that a storage charge equal to $20.00 will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 working days after being notified that the repairs have been completed.

**CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK:** If I authorize diagnostic work to estimate the cost of repair or commencement of repairs, but do not authorize completion of repair or service, a charge will be imposed for disassembly, reassembly or partial completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless I waive reassembly, or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service

 © Tekion Corp 2023

Customer Copy v1 | Page 3 of 3
Wed Dec 27, 2023 | 12:35 PM

Carl Black of Orlando, LLC
11500 E Colonial Dr, Orlando FL, 32817

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
5680
License: 22GUY
SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI: 4WD: AT: Sport
Utility
22,198 Mi In / 22,198 Mi
Out

**RO #:** 464838

Tag# : 3119
Technician
2267

## Multi-Point Inspection

A. GMI          ✅ Pass: 42    ⚠️ Caution: 4    ❌ Fail: 1    🚫 Not Applicable: 1    ⓘ Refer Notes

### Interior & Exterior

**Lights**

| | |
|---|---|
| Headlights/Turn Signals/High Beams/Fog Lights | ✅ ⚠️ ❌ |
| Tail Lights/Turn Signals/Brake Lights/Reverse Lights | ✅ ⚠️ ❌ |
| Exterior Lamps/Hazard Lights | ✅ ⚠️ ❌ |

**Wipers & Horn**

| | |
|---|---|
| Front Wipers | ✅ ⚠️ ❌ |
| Rear Wiper | ✅ ⚠️ ❌ 🚫 |
| Horn | ✅ ⚠️ ❌ |

**Other Services**

| | |
|---|---|
| Check that floor mats do not interfere with pedals, are the correct size, and are secured properly | ✅ ⚠️ ❌ |
| Ignition lock cylinder operation | ✅ ⚠️ ❌ |
| Safety belts, buckles, latch plates, retractors & anchors | ✅ ⚠️ ❌ |
| Starter switch operation | ✅ ⚠️ ❌ |
| Accelerator pedal high effort or damage | ✅ ⚠️ ❌ |

### Under Hood

**Fluid Levels**

| | |
|---|---|
| Engine Oil Level | ✅ ⚠️ ❌ |
| Engine Cooling System | ✅ ⚠️ ❌ |
| Power Steering Fluid | ✅ ⚠️ ❌ |
| Brake Reservoir Fluid | ✅ ⚠️ ❌ |
| Windshield Washer Fluid | ✅ ⚠️ ❌ |
| Transmission Fluid | ✅ ⚠️ ❌ |
| Diesel Exhaust Fluid (DEF) | ✅ ⚠️ ❌ 🚫 |
| Drive axle | ✅ ⚠️ ❌ 🚫 |
| Transfer case | ✅ ⚠️ ❌ 🚫 |
| Fuel system (including gas cap seating) | ✅ ⚠️ ❌ |
| Oil life monitor % | 76 % ✅ ⚠️ ❌ |
| Remaining Engine Oil Life % | 76 % ✅ ⚠️ ❌ |

### Under Hood

**Filters & Cooling Systems**

| | |
|---|---|
| Passenger Compartment Air Filter | ✅ ⚠️ ❌ |
| Engine Air Filter | ✅ ⚠️ ❌ |

**Belts/Hoses/Spark Plugs**

| | |
|---|---|
| Belts: Engine, Accessory, Serpentine and/or V-drive | ✅ ⚠️ ❌ |

**Battery**

| | |
|---|---|
| Battery Condition | ✅ ⚠️ ❌ |
| Battery, Cables and Connections | ✅ ⚠️ ❌ |
| Battery voltage | 12.5 ✅ ⚠️ ❌ |

**Other Services**

| | |
|---|---|
| Evaporative control system | ✅ ⚠️ ❌ |
| Gas struts on hood or lift gate for wear & hold open ability | ✅ ❌ 🚫 |
| Hoses: engine, power steering and HVAC | ✅ ⚠️ ❌ |

### Tires

**Tread Depth**

| | | |
|---|---|---|
| Left Front | 4 /32" | ☑️ ⚠️ ❌ |
| Right Front | 4 /32" | ☑️ ⚠️ ❌ |
| Left Rear | 5 /32" | ☑️ ⚠️ ❌ |
| Right Rear | 5 /32" | ☑️ ⚠️ ❌ |

**Tire Pressure, Condition & Age**

| | |
|---|---|
| Alignment needed | ☑️ ❌ |
| Balance needed | ✅ ❌ |
| Rotation needed | ✅ ❌ |

### Brakes

**Brake Pads**

| | | |
|---|---|---|
| Front Pads | 10 mm | ✅ ⚠️ ❌ |
| Rear Pads | 10 mm | ✅ ⚠️ ❌ |

Carl Black of Orlando, LLC
11500 E Colonial Dr, Orlando, FL, 32817

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
6680
License: 22GUY
SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI: 4WD: AT: Sport
Utility
22,198 Mi In / 22,198 Mi
Out

**RO#:** 464838
**Tag# :** 3119
Technician
2267

## Multi-Point Inspection

### Brakes

**Brake System**

Brake System (Including Lines, Hoses and Parking Brake) ✅ ⚠ ⊗

**Brake Pads**

Parking brake ✅ ⚠ ⊗

### Under Vehicle

**Steering/Suspension**

Steering Components ✅ ⚠ ⊗

**Transmission/Axle**

CV Drive Axle Boots or Driveshafts & U-joints ✅ ⚠ ⊗

Chassis Components Lubrication ✅ ⚠ ⊗

**Other Services**

Exhaust system components ✅ ⚠ ⊗

Shocks and Struts (check operation) ✅ ⚠ ⊗

### Inspection range information



Tread Depth - Right Front Range:
✅ 8/32" - 100/32"　⊗ 0/32" - 3/32"　⚠ 4/32" - 7/32"

Tread Depth - Left Rear Range:
✅ 8/32" - 100/32"　⊗ 0/32" - 3/32"　⚠ 4/32" - 7/32"

Tread Depth - Right Rear Range:
✅ 8/32" - 100/32"　⊗ 0/32" - 3/32"　⚠ 4/32" - 7/32"

Brake Pads - Front Pads Range:
✅ 7mm - 100mm　⊗ 0mm - 3mm　⚠ 4mm - 6mm

Brake Pads - Rear Pads Range:
✅ 7mm - 100mm　⊗ 0mm - 3mm　⚠ 4mm - 6mm

### ⚙ OnStar Diagnostics



OnStar Active ✅ ⊗

Enrolled in Advanced Diagnostics Report ☑ ❌

Enrolled in Dealer Maintenance Notification ☑ ❌

Service History/Recall Check ☐

### Inspection range information



Fluid Levels - Oil life monitor % Range:
✅ 21% - 100%　❌ 0% - 5%　⚠ 6% - 20%

Fluid Levels - Remaining Engine Oil Life % Range:
✅ 21% - 100%　❌ 0% - 5%　⚠ 6% - 20%

Battery - Battery voltage Range:
✅ 9 - 100　❌ 0 - 3　⚠ 4 - 8

Tread Depth - Left Front Range:
✅ 8/32" - 100/32"　❌ 0/32" - 3/32"　⚠ 4/32" - 7/32"

Carl Black of Orlando, LLC
11500 E Colonial Dr, Orlando, FL, 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
5680
License: 22GUY
**SLT: Sport Utility 5.3L V8 4DR Naturally Aspirated GAS FI: 4WD: AT: Sport Utility**
22,198 Mi In / 22,198 Mi Out

**RO#: 464838**
**Tag# : 3119**
Technician
2267

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

---

## Pending Recommendation(s)

| | C. | ALIGN | WHEEL ALIGNMENT | | Customer Pay | $129.99 |

| | A. | REC | REPLACE HVAC CONTROL PANEL | | Customer Pay | $805.74 |

| Parts | | | | | | $250.74 |

| Name | Quantity | Unit Price | Sale Price |
|---|---|---|---|
| 85119593 - CONTROL | 1 | $250.74 | $250.74 |

| Labor | | $555.00 |
| Fee | | $0.00 |

| | B. | TIRE4 | REPLACE FOUR TIRES | | Customer Pay | $1,146.44 |

| Parts | | | | | | $1,031.44 |

| Name | Quantity | Unit Price | Sale Price |
|---|---|---|---|
| 23376697 - TIRE | 4 | $257.86 | $1,031.44 |

| Labor | | $100.00 |
| Fee | | $15.00 |

| Additional Fees | **$30.00** |
|---|---|
| Additional Discount | **$0.00** |
| Tax | **$136.31** |
| **Recommendations Estimate** | **$2,248.48** |

**Carl Black of Orlando, LLC**

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
**6680**
License: 22GUY
**SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI: 4WD: AT: Sport
Utility**
22,198 Mi In / 22,198 Mi
Out

**RO #: 464838**
**Tag# : 3119**
Technician
2267

## Services

| | | | | |
|---|---|---|---|---|
| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
| | | Job added by - on Wed Dec 27, 2023 I 12:35 PM | | |
| B. | RECALL | GM N222372380 safety Improper Rivets on Seat Belt Buckle Assembly | Warranty Pay | $0.00 |
| | | Job added by - on Wed Dec 27, 2023 I 12:35 PM | | |
| C. | CC | Customer states WHEN TURNING ALL THE WAY LEFT THERE IS A VIBRATION AND GRINDING NOISE COMING FROM PASSENGER FRONT WHEEL | Warranty Pay | $0.00 |
| | | Job added by - on Wed Dec 27, 2023 I 12:35 PM | | |
| D. | CC | Customer states DURING HEAVY RAIN OR WHEN PARKED ON A DECLINE WATER LEAKS FROM ONSTAR BUTTON | Warranty Pay | $0.00 |
| | | Job added by - on Wed Dec 27, 2023 I 12:35 PM | | |
| E. | CC | Customer states AC CONTROL BUTTONS ARE STICKING | Customer Pay | $0.00 |
| | | Job added by - on Wed Dec 27, 2023 I 12:35 PM | | |
| F. | CC | Customer states SLIDING PLASTIC COVER NOT SITTING CORRECTLY ON CENTER CONSOLE | Warranty Pay | $0.00 |
| | | Job added by - on Wed Dec 27, 2023 I 12:35 PM | | |
| G. | CC | Customer states OUTLET IN REAR OF VEHICLE INOP CHECK AND ADVISE | Internal Pay | $0.00 |
| | | Job added by - on Wed Dec 27, 2023 I 12:35 PM | | |

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
**6680**
License: 22GUY
**SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI: 4WD: AT: Sport
Utility**
22,198 Mi In / 22,198 Mi
Out

**RO#:** 464838
**Tag# : 3119**

Technician
2267

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

| | |
|---|---|
| Additional Fees | $0.00 |
| Additional Discount | $0.00 |
| Tax | $0.00 |
| **Current Estimate** | **$0.00** |

| | |
|---|---|
| Recommendations Estimate | **$2,248.48** |
| Current Estimate | $0.00 |
| Approved Total | $0.00 |
| **Revised Estimate** | **$0.00** |
| My GM Rewards Redeemable | $0.00 |
| Total Payable (if rewards are applied) | $0.00 |

X
Customer Signature

Date

**Estimate**



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 469933 | Tag# : 3318**
Check-in: Wed Mar 6, 2024 | 9:52 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Pickup-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | Francisco Bracamonte |
| | | ████████5680 | 2383 |
| | **Billing-Customer** | License: 22GUY | (407) 426 - 3000 |
| | Same as Customer | 24,102 Mi In | |
| | | In Service: 06/07/2022 | |

---

| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Stefon Francis on Wed Mar 6, 2024 | 9:52 AM

GMI -GM COURTESY MULTI-POINT INSPECTION

| Technician |
|---|
| 2267 |

   1. INSPECTION COMPLETED

---

| B. | 3087228 | Client states when turning all the way to the left that there is a vibrating/grinding noise coming from passenger front wheel. See RO# 464838 S/O part in stock | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Stefon Francis on Wed Mar 6, 2024 | 9:52 AM

3087228 -#21-NA-028: Rear Axle Moan Type Noise on Turns

| Technician |
|---|
| 2267 |

   1. road test. verified concern. loud moan type sound coming from rear when turning. inspected front wheels to verify no issues/passed. inspected rear, no leaks or binding from brakes or bearings. checked for known concerns. performed bulletin: #21-NA-028: Rear Axle Moan Type Noise on Turns. drain rear diff fluid. added new fluid. performed figure 8s are per SI bulletin. road tested till hot and allowed to cool. then road tested to verify repair/ failed./ noise still present. performed bulletin three time and finally on the last time. the noise has gone away. returned vehicle to customer. 24116m out

   2. Drain & Fill Rear Axle Fluid B - .6, OLH - 1.2 [DRAIN AND FILL REAR AXLE FLD 2X ]

---

| C. | TIRE1 | REPLACE ONE TIRE | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Justin Liberatore on Fri Mar 8, 2024 | 1:51 PM

---



Ⓣ © Tekion Corp 2024

**Estimate**

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 469933 | Tag# : 3318**
Check-in: Wed Mar 6, 2024 | 9:52 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | Francisco Bracamonte |
| | | 6680 | 2383 |
| | | | (407) 426 - 3000 |

---

**TIRE1 - REPLACE ONE TIRE**

| Technician |
|---|
| 2410 |

1. REPLACED ONE TIRE

---

| D. | CC | Customer states upon delivery, vehicle smelled like mildew due to leak | Internal Pay | $0.00 |

Job added by Justin Liberatore on Fri Mar 8, 2024 | 2:53 PM

CC - Customer states

| Technician |
|---|
| 2267 |

1. sent vehicle to detail.

---

| E. | CC | Customer states upon delivery noticed driver rear control arm is rusted check and advise | Internal Pay | $0.00 |

Job added by Justin Liberatore on Fri Mar 8, 2024 | 2:54 PM

CC - Customer states

| Technician |
|---|
| 2267 |

1. inspected vehicle rear control arms. found left rear lower arm has some oxidation. checked for warrantability, at this time, not a warrantable claim.

---

| F. | CC | Customer states upon delivery there is a gap between the plastic on the center console and the back half of the center console | Internal Pay | $0.00 |

Job added by Justin Liberatore on Fri Mar 8, 2024 | 2:57 PM

---



© Tekion Corp 2024



**Estimate**

### Carl Black of Orlando, LLC
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 469933 | Tag# : 3318**

Check-in: Wed Mar 6, 2024 | 9:52 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | **Francisco Bracamonte** |
| ███████████ | | ██████████*6680* | 2383 |
| | | | (407) 426 - 3000 |

---

**CC -Customer states**

| Technician |
|---|
| 2267 |

1. compared to like vehicle, gap is normal, no repair needed

---

| G. | RENT | RENTAL C402049 1GCPAFE87RZ104961 & C402133 1GTPUJEK6RZ201719 | Customer Pay | $42.00 |
|---|---|---|---|---|

Job added by Robert Yokes on Thu May 2, 2024 | 11:20 AM

**RENT -RENTAL**

1. RENTAL VEHICLE

|  | Total Labor | Total Parts |
|---|---|---|
|  | $0.00 | $0.00 |

---

X
Customer Signature                                                                                        Date

---

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN: I UNDERSTAND , THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

☐ I REQUEST A WRITTEN ESTIMATE

☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____, THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL

☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED:_____DATE: _____

**PAYMENT TERMS:** I agree to pay for the inspection and repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the repairs unless the Dealership agrees to other payment arrangements in advance. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

**SHOP SUPPLIES COST:** A charge equal to 10% of the total cost of the labor and parts, not to exceed $30.00, will be added to the repair order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).

**LABOR AND PARTS COSTS:** Labor charges are based on both a flat rate and an hourly rate unless otherwise indicated. All parts installed are new unless otherwise indicated. You are entitled, upon request, to inspect all parts removed from the vehicle or provided that the Dealership does not have a warranty arrangement or exchange parts program with the manufacturer, supplier or distributor, to have them returned.

Discard Replaced Parts _____ (INITIAL) Saved Replaced Parts _____ (INITIAL)

**DISCLAIMER OF WARRANTIES:** Any warranties on the product sold hereby are those made by the manufacturer. The dealer is not a party to any Manufacturer's warranty on parts or service contained herein. THE DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY PARTS, LABOR OR DIAGNOSTIC SERVICES FURNISHED UNDER THIS ORDER.

I understand that the Dealership is not responsible for any delays caused by unavailability of the parts or shipping by the supplier or transporter, nor is it responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control.

I hereby grant the Dealerships permission to operate the vehicle in streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Customer Signature _____ Date _____

**STORAGE CHARGES:** I understand that a storage charge equal to $20.00 will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 working days after being notified that the repairs have been completed.

**CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK:** If I authorize diagnostic work to commence of repairs, but do not authorize completion of repair or service, a charge will be imposed for disassembly, reassembly or partial completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless I waive reassembly, or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service



Ⓣ © Tekion Corp 2024

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL 32817

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
██████████████*6680*
License: 22GUY
SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI: 4WD: AT: Sport
Utility
24,102 Mi In / 24,116 Mi
Out

**RO#:** 469933
Tag# : 3318
Technician
2267

## Multi-Point Inspection

### A. GMI

✅ Pass: 42   ⚠️ Caution: 4   ❌ Fail: 1   ⊘ Not Applicable: 1   ⓘ Refer Notes

### Interior & Exterior

#### Lights

| | |
|---|---|
| Headlights/Turn Signals/High Beams/Fog Lights | ✅ ⚠️ ❌ |
| Tail Lights/Turn Signals/Brake Lights/Reverse Lights | ✅ ⚠️ ❌ |
| Exterior Lamps/Hazard Lights | ✅ ⚠️ ❌ |

#### Wipers & Horn

| | |
|---|---|
| Front Wipers | ✅ ⚠️ ❌ |
| Rear Wiper | ✅ ⚠️ ❌ ⊘ |
| Horn | ✅ ⚠️ ❌ |

#### Other Services

| | |
|---|---|
| Check that floor mats do not interfere with pedals, are the correct size, and are secured properly | ✅ ⚠️ ❌ |
| Ignition lock cylinder operation | ✅ ⚠️ ❌ |
| Safety belts, buckles, latch plates, retractors & anchors | ✅ ⚠️ ❌ |
| Starter switch operation | ✅ ⚠️ ❌ |
| Accelerator pedal high effort or damage | ✅ ⚠️ ❌ |

### Under Hood

#### Fluid Levels

| | | |
|---|---|---|
| Engine Oil Level | | ✅ ⚠️ ❌ |
| Engine Cooling System | | ✅ ⚠️ ❌ |
| Power Steering Fluid | | ✅ ⚠️ ❌ |
| Brake Reservoir Fluid | | ✅ ⚠️ ❌ |
| Windshield Washer Fluid | | ✅ ⚠️ ❌ |
| Transmission Fluid | | ✅ ⚠️ ❌ |
| Diesel Exhaust Fluid (DEF) | | ☑️ ⚠️ ❌ ⊘ |
| Drive axle | | ✅ ⚠️ ❌ ⊘ |
| Transfer case | | ✅ ⚠️ ❌ ⊘ |
| Fuel system (including gas cap seating) | | ✅ ⚠️ ❌ |
| Oil life monitor % | 80 % | ✅ ⚠️ ❌ |
| Remaining Engine Oil Life % | 80 % | ✅ ⚠️ ❌ |

### Under Hood

#### Filters & Cooling Systems

| | |
|---|---|
| Passenger Compartment Air Filter | ✅ ⚠️ ❌ |
| Engine Air Filter | ✅ ⚠️ ❌ |

#### Belts/Hoses/Spark Plugs

| | |
|---|---|
| Belts: Engine, Accessory, Serpentine and/or V-drive | ✅ ⚠️ ❌ |

#### Battery

| | | |
|---|---|---|
| Battery Condition | | ✅ ⚠️ ❌ |
| Battery, Cables and Connections | | ✅ ⚠️ ❌ |
| Battery voltage | 12.5 | ✅ ⚠️ ❌ |

#### Other Services

| | |
|---|---|
| Evaporative control system | ✅ ⚠️ ❌ |
| Gas struts on hood or lift gate for wear & hold open ability | ✅ ❌ ⊘ |
| Hoses: engine, power steering and HVAC | ✅ ⚠️ ❌ |

### Tires

#### Tread Depth

| | | |
|---|---|---|
| Left Front | 4 /32" | ☑️ ⚠️ ❌ |
| Right Front | 4 /32" | ☑️ ⚠️ ❌ |
| Left Rear | 4 /32" | ☑️ ⚠️ ❌ |
| Right Rear | 4 /32" | ☑️ ⚠️ ❌ |

#### Tire Pressure, Condition & Age

| | |
|---|---|
| Alignment needed | ☑️ ❌ |
| Balance needed | ✅ ❌ |
| Rotation needed | ✅ ❌ |

### Brakes

#### Brake Pads

| | | |
|---|---|---|
| Front Pads | 9 mm | ✅ ⚠️ ❌ |
| Rear Pads | 9 mm | ⚠️ ❌ |

Carl Black of Orlando, LLC
11500 E Colonial Dr. Orlando, FL 32817

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
6680
License: 22GUY
SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI: 4WD: AT: Sport
Utility
24,102 Mi In / 24,116 Mi
Out

**RO #:** 469933
Tag# : 3318
Technician
2267

## Multi-Point Inspection

### Brakes



**Brake System**

Brake System (Including Lines, Hoses and Parking Brake) ✅ ⚠ ⊗

**Brake Pads**

Parking brake ✅ ⚠ ⊗

### Under Vehicle

**Steering/Suspension**

Steering Components ✅ ⚠ ⊗

**Transmission/Axle**

CV Drive Axle Boots or Driveshafts & U-joints ✅ ⚠ ⊗
Chassis Components Lubrication ✅ ⚠ ⊗

**Other Services**

Exhaust system components ✅ ⚠ ⊗
Shocks and Struts (check operation) ✅ ⚠ ⊗

### Inspection range information



Tread Depth - Right Front Range:
✅ 8/32" - 100/32"   ⊗ 0/32" - 3/32"   ⚠ 4/32" - 7/32"

Tread Depth - Left Rear Range:
✅ 8/32" - 100/32"   ⊗ 0/32" - 3/32"   ⚠ 4/32" - 7/32"

Tread Depth - Right Rear Range:
✅ 8/32" - 100/32"   ⊗ 0/32" - 3/32"   ⚠ 4/32" - 7/32"

Brake Pads - Front Pads Range:
✅ 7mm - 100mm   ⊗ 0mm - 3mm   ⚠ 4mm - 6mm

Brake Pads - Rear Pads Range:
✅ 7mm - 100mm   ⊗ 0mm - 3mm   ⚠ 4mm - 6mm

### 🜂 OnStar Diagnostics



OnStar Active ✅ ⊗
Enrolled in Advanced Diagnostics Report ☑ ❌
Enrolled in Dealer Maintenance Notification ☑ ❌
Service History/Recall Check ☐

### Inspection range information



Fluid Levels - Oil life monitor % Range:
✅ 21% - 100%   ❌ 0% - 5%   ⚠ 6% - 20%

Fluid Levels - Remaining Engine Oil Life % Range:
✅ 21% - 100%   ❌ 0% - 5%   ⚠ 6% - 20%

Battery - Battery voltage Range:
✅ 9 - 100   ⊗ 0 - 3   ⚠ 4 - 8

Tread Depth - Left Front Range:
✅ 8/32" - 100/32"   ⊗ 0/32" - 3/32"   ⚠ 4/32" - 7/32"

Carl Black of Orlando, LLC
11500 E Colonial Dr, Orlando, FL 32817

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
███████6680
License: 22GUY
**SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI: 4WD: AT: Sport
Utility**
24,102 Mi In / 24,116 Mi
Out

**RO #: 469933**

**Tag# : 3318**

Technician
2267

## Pending Recommendation(s)

| ⚠️ | A. | REC | Replace driver lower control arm | | Customer Pay | $187.67 |

| Parts | | | | $117.67 |
|---|---|---|---|---|

| Name | Quantity | Unit Price | Sale Price |
|---|---|---|---|
| 85662942 (S, W) - ARM | 1 | $117.67 | $117.67 |

| Labor | $70.00 |
|---|---|
| Fee | $0.00 |

| | |
|---|---|
| Additional Fees | $0.00 |
| Additional Discount | $0.00 |
| Tax | $12.19 |
| **Recommendations Estimate** | **$199.86** |

## Services

| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by - on Wed Mar 6, 2024 | 9:52 AM

| B. | CC | Client states when turning all the way to the left that there is a vibrating/grinding noise coming from passenger front wheel. See RO# 464838 S/O part in stock | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by - on Wed Mar 6, 2024 | 9:52 AM

| C. | TIRE1 | REPLACE ONE TIRE | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by - on Fri Mar 8, 2024 | 1:51 PM

Carl Black of Orlando, LLC
1500 E Colonial Dr, Orlando, FL 32807

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
**6680**
License: 22GUY
**SLT: Sport Utility 5.3L V8 4DR Naturally Aspirated GAS FI: 4WD: AT: Sport Utility**
24,102 Mi In / 24,116 Mi Out

RO#: 469933

Tag# : 3318

Technician
2267

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

## Services

| | | | | |
|---|---|---|---|---|
| D. | CC | Customer states upon delivery, vehicle smelled like mildew due to leak | Internal Pay | $0.00 |

Job added by - on Fri Mar 8, 2024 | 2:53 PM

| | | | | |
|---|---|---|---|---|
| E. | CC | Customer states upon delivery noticed driver rear control arm is rusted check and advise | Internal Pay | $0.00 |

Job added by - on Fri Mar 8, 2024 | 2:54 PM

| | | | | |
|---|---|---|---|---|
| F. | CC | Customer states upon delivery there is a gap between the plastic on the center console and the back half of the center console | Internal Pay | $0.00 |

Job added by - on Fri Mar 8, 2024 | 2:57 PM

| | |
|---|---|
| Additional Fees | $0.00 |
| Additional Discount | $0.00 |
| Tax | $0.00 |
| **Current Estimate** | **$0.00** |

| | |
|---|---|
| Recommendations Estimate | $199.86 |
| Current Estimate | $0.00 |
| Approved Total | $0.00 |
| **Revised Estimate** | **$0.00** |
| My GM Rewards Redeemable | $0.00 |
| Total Payable (if rewards are applied) | $0.00 |

X
Customer Signature                                      Date



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

Customer Pay Invoice

**$0.00**

**RO# : 469933 | Tag# : 3318**
Check-in: Wed Mar 6, 2024 | 9:52 AM
Ready for Pickup: Fri Mar 8, 2024 | 1:18 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Pickup-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| **CHAD PETERMAN** | Same as Customer | **2021 GMC Yukon** | **Francisco Bracamonte** |
| | **Billing-Customer** | *6680* | 2383 |
| | Same as Customer | License: 22GUY | (407) 426 - 3000 |
| | | 24,102 Mi In / 24,116 Mi Out | |
| | | In Service: 06/07/2022 | |

---

| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Stefon Francis on Wed Mar 6, 2024 | 9:52 AM

1.PERFORMED COURTESY MULTI- POINT INSPECTION

| GMI –GM COURTESY MULTI-POINT INSPECTION | Labor | $0.00 |
|---|---|---|

   1. INSPECTION COMPLETED

---

| B. | 3087228 | Client states when turning all the way to the left that there is a vibrating/grinding noise coming from passenger front wheel. See RO# 464838 S/O part in stock | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Stefon Francis on Wed Mar 6, 2024 | 9:52 AM

1.#21-NA-028: Rear Axle Moan Type Noise on Turns - slip/stick of the posi-traction clutch plates

| 3087228 –#21-NA-028: Rear Axle Moan Type Noise on Turns | Labor | $0.00 |
|---|---|---|

   1. road test. verified concern. loud moan type sound coming from rear when turning. inspected front wheels to verify no issues/passed. inspected rear, no leaks or binding from brakes or bearings. checked for known concerns. performed bulletin: #21-NA-028: Rear Axle Moan Type Noise on Turns. drain rear diff fluid. added new fluid. performed figure 8s are per SI bulletin. road tested till hot and allowed to cool. then road tested to verify repair/ failed./ noise still present. performed bulletin three time and finally on the last time. the noise has gone away. returned vehicle to customer. 24116m out

   2. Drain & Fill Rear Axle Fluid B - .6, OLH - 1.2 [DRAIN AND FILL REAR AXLE FLD 2X ]

| Parts | | $0.00 |
|---|---|---|

19417365 - OIL 6

---

| C. | TIRE1 | REPLACE ONE TIRE | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Justin Liberatore on Fri Mar 8, 2024 | 1:51 PM

---





**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

Customer Pay Invoice
**$0.00**

**RO# : 469933 | Tag# : 3318**
Check-in: Wed Mar 6, 2024 | 9:52 AM
Ready for Pickup: Fri Mar 8, 2024 | 1:18 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | **Francisco Bracamonte** |
| ██████████ | | ███████████6680 | 2383 |
| | | | (407) 426 - 3000 |

1.UPON DELIVER CUSTOMER STATED RF TIRE IN MUCH WORSE SHAPE THAN ON DROPOFF. CONFIRMED ON UVI, THIS IS DUE TO GM'S PROCEDURE OF FIGURE 8'S TO ADDRESS CUSTOMERS OTHER CONCERN. TIRE BEING REPLACED FOR CUSTOMER SATISFACTION

| | | |
|---|---|---|
| TIRE1 -REPLACE ONE TIRE | Labor | $0.00 |
| 1. REPLACED ONE TIRE | | |
| Parts | | $0.00 |
| 23376697 - C275602011 | | |

| | | |
|---|---|---|
| Fees | | $0.00 |
| TT1 - 1 TIRE TAX - $0.00 | | |

| D. | CC | Customer states upon delivery, vehicle smelled like mildew due to leak | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Justin Liberatore on Fri Mar 8, 2024 | 2:53 PM

| | | |
|---|---|---|
| CC -Customer states | Labor | $0.00 |
| 1. sent vehicle to detail. | | |

| E. | CC | Customer states upon delivery noticed driver rear control arm is rusted check and advise | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Justin Liberatore on Fri Mar 8, 2024 | 2:54 PM

| | | |
|---|---|---|
| CC -Customer states | Labor | $0.00 |
| 1. inpected vehicle rear control arms. found left rear lower arm has some oxidation. checked for warrantability, at this time, not a warrantable claim. | | |

| F. | CC | Customer states upon delivery there is a gap between the plastic on the center console and the back half of the center console | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Justin Liberatore on Fri Mar 8, 2024 | 2:57 PM

---



© Tekion Corp 2024



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer Pay Invoice**
**$0.00**

**RO# : 469933 | Tag# : 3318**
Check-in: Wed Mar 6, 2024 | 9:52 AM
Ready for Pickup: Fri Mar 8, 2024 | 1:18 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| ██████ | | ████████5680 | 2383 |
| | | | (407) 426 - 3000 |

| | | | |
|---|---|---|---|
| CC -Customer states | | Labor | $0.00 |
| 1. compared to like vehicle, gap is normal, no repair needed | | | |

| G. | RENT | RENTAL C402049 1GCPAFE87RZ104961 & C402133 1GTPUJEK6RZ201719 | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Robert Yokes on Thu May 2, 2024 | 11:20 AM

1.RENTAL VEHICLE

| RENT -RENTAL | Labor | $0.00 |
|---|---|---|
| 1. RENTAL VEHICLE | | |

| Fees | $0.00 |
|---|---|
| RENTAL - $2.00 PER DAY STATE TAX FEE - $0.00 | |

### Deferred Recommendation(s)

| ⚠️ | A. | REC | Replace driver lower control arm | Customer Pay | $187.67 |
|---|---|---|---|---|---|
| | | | | Subtotal | $187.67 |





**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer Pay Invoice**
**$0.00**

**RO# : 469933 | Tag# : 3318**
Check-in: Wed Mar 6, 2024 | 9:52 AM
Ready for Pickup: Fri Mar 8, 2024 | 1:18 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| ████████ | | ███████*6680* | 2383 |
| | | | (407) 426 - 3000 |

| | |
|---|---|
| Labor | $0.00 |
| Parts | $0.00 |
| Sublet Labor | $0.00 |
| Sublet Parts | $0.00 |
| Fees | $0.00 |
| Discounts | $0.00 |
| Tax | $0.00 |
| Deductible | $0.00 |
| Insurance/Warranty | $0.00 |
| **Invoice Total** | **$0.00** |
| My GM Rewards Redeemable | $0.00 |
| Total Payable (if rewards are applied) | $0.00 |

**Original Estimate**
Wed Mar 6, 2024 | 9:52 AM     $0.00

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

Customer Signature

Service Advisor Signature

**Invoice Date**
Wed May 15, 2024 | 11:11 AM



© Tekion Corp 2024



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer Pay Invoice**
# $0.00

**RO# : 469933 | Tag# : 3318**
Check-in: Wed Mar 6, 2024 | 9:52 AM
Ready for Pickup: Fri Mar 8, 2024 | 1:18 PM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| | | 6680 | 2383 |
| | | | (407) 426 - 3000 |

**DISCLAIMER OF WARRANTIES:** Any warranties on the product sold hereby are those made by the manufacturer. The dealer is not a party to any Manufacturer's warranty on parts or service contained herein. THE DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY PARTS, LABOR OR DIAGNOSTIC SERVICES FURNISHED UNDER THIS ORDER.

By Signing below, you acknowledge that you were notified of and authorized the Dealership to perform the service/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE: _____  Customer Signature: _____

Authorized Dealership Representative Signature: _____

**SHOP SUPPLIES COST:** We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $30.00, to the repair order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**



© Tekion Corp 2024



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Estimate**

**RO# : 475242 | Tag# : 7545**

Check-in: Tue May 14, 2024 | 10:42 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Pickup-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | Francisco Bracamonte |
| | | 6680 | 2383 |
| | **Billing-Customer** | License: 22GUY | (407) 426 - 3000 |
| | Same as Customer | 24,118 Mi In | |
| | | In Service: 06/07/2022 | |

---

| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Tony Andral on Tue May 14, 2024 | 10:42 AM

GMI -GM COURTESY MULTI-POINT INSPECTION
   1. INSPECTION COMPLETED

---

| B. | CC | Client states when turning all the way to the left that there is a vibrating/grinding noise coming from passenger front wheel. See RO# 464838 S/O part in stock | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Tony Andral on Tue May 14, 2024 | 10:42 AM

CC -Customer states

---

| C. | CC | FSE STATES THAT THERES A RATTLE AT REAR END/POPPING NOISE WHILE DRIVING, CHECK AND ADVISE. | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Francisco Bracamonte on Tue May 14, 2024 | 11:53 AM

CC -Customer states

---

| D. | CC | FSE INSPECTED VEHICLE, FOUND OXIDATION AT DRIVER REAR CONTROL ARM. SEE LAST RO 469933 | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Francisco Bracamonte on Tue May 14, 2024 | 11:55 AM

CC -Customer states

---





**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Estimate**

**RO# : 475242 | Tag# : 7545**

Check-in: Tue May 14, 2024 | 10:42 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| | | 6680 | 2383 |
| | | | (407) 426 - 3000 |

X
Customer Signature                                                                 Date

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN. I UNDERSTAND , THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

☐ I REQUEST A WRITTEN ESTIMATE

☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____, THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED: _____ DATE: _____

**PAYMENT TERMS:** I agree to pay for the inspection and repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the repairs unless the Dealership agrees to other payment arrangements in advance. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

**SHOP SUPPLIES COST:** A charge equal to 10% of the total cost of the labor and parts, not to exceed $30.00, will be added to the repair order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).

**LABOR AND PARTS COSTS:** Labor charges are based on both a flat rate and an hourly rate unless otherwise indicated. All parts installed are new unless otherwise indicated. You are entitled, upon request, to inspect all parts removed from the vehicle or provided that the Dealership does not have a warranty arrangement or exchange parts program with the manufacturer, supplier or distributor, to have them returned.

Discard Replaced Parts _____ (INITIAL) Saved Replaced Parts _____ (INITIAL)

**DISCLAIMER OF WARRANTIES:** Any warranties on the product sold hereby are those made by the manufacturer. The dealer is not a party to any Manufacturer's warranty on parts or service contained herein. THE DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY PARTS, LABOR OR DIAGNOSTIC SERVICES FURNISHED UNDER THIS ORDER.

I understand that the Dealership is not responsible for any delays caused by unavailability of the parts or shipping by the supplier or transporter, nor is it responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control.

I hereby grant the Dealerships permission to operate the vehicle in streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Customer Signature _____ Date _____

**STORAGE CHARGES:** I understand that a storage charge equal to $20.00 will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 working days after being notified that the repairs have been completed.

**CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK:** If I authorize diagnostic work to estimate the cost of repair or commencement of repairs, but do not authorize completion of repair or service, a charge will be imposed for disassembly, reassembly or partial completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless I waive reassembly, or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service



Ⓣ © Tekion Corp 2024

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

Customer Pay Invoice
**$0.00**

**RO# : 475242 | Tag# : 7545**

Check-in: Tue May 14, 2024 | 10:42 AM
Ready for Pickup: Mon Jun 3, 2024 | 9:29 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Pickup-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| | | 6680 | 2383 |
| | **Billing-Customer** | License: 22GUY | (407) 426 - 3000 |
| | Same as Customer | 24,118 Mi In / 24,125 Mi Out | |
| | | In Service: 06/07/2022 | |

| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
|---|---|---|---|---|

Job added by Tony Andral on Tue May 14, 2024 | 10:42 AM

1.PERFORMED COURTESY MULTI- POINT INSPECTION

| GMI -GM COURTESY MULTI-POINT INSPECTION | **Labor** | $0.00 |
|---|---|---|

   1. INSPECTION COMPLETED

| B. | 3039959 | Client states when turning all the way to the left that there is a vibrating/grinding noise coming from passenger front wheel. See RO# 464838 S/O part in stock | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Tony Andral on Tue May 14, 2024 | 10:42 AM

1.CCND

| 3039959 -Driveline/Axle - Customer Concern Not Duplicated (CCND) | **Labor** | $0.00 |
|---|---|---|

   1. road test. no abnormal noises present at this time. CCND. 24125m out

   2. Driveline/Axle - Customer Concern Not Duplicated (CCND)

| C. | 2064850 | FSE STATES THAT THERES A RATTLE AT REAR END/POPPING NOISE WHILE DRIVING, CHECK AND ADVISE. | Warranty Pay | $0.00 |
|---|---|---|---|---|

Job added by Francisco Bracamonte on Tue May 14, 2024 | 11:53 AM

1.traced rattle fault to mis-adjusted rear latch and striker. and popping fault to excessively worn power lift actuator. adjusted striker and replaced actuator.

| 2064850 -Liftgate Power Assist Actuator Replacement | **Labor** | $0.00 |
|---|---|---|

   1. road test. verified concern. intermittent rattle coming from the rear of the vehicle and a popping noise is



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer Pay Invoice**
**$0.00**

**RO# : 475242 | Tag# : 7545**
Check-in: Tue May 14, 2024 | 10:42 AM
Ready for Pickup: Mon Jun 3, 2024 | 9:29 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | Francisco Bracamonte |
| | | 6680 | 2383 |
| | | | (407) 426 - 3000 |

heard continuously. removed rear liftgate trim panels to access. road test to isolate source: heard liftgate latch rattling while driving in parking lots. removed latch to inspect: no damage present. reinstalled latch. road test: noise is still present. adjusted latch striker; ROAD TEST to verify repair: passed. original noise is gone but the popping is still present. isolated popping to left side liftgate power actuator. performed electrical diag: no codes present for actuator. circuit test: power and ground signals are present only when commanded from switches to open or close. removed actuator. road test to verify popping is gone/passed. all noises are gone. replaced liftgate power actuator. road test to verify all noises are gone/passed. 24125m out

2. Liftgate Power Assist Actuator Replacement B - .3, D - 1.0, OLH - .6[ACCESS,LATCH AND STRIKER R&I ]

**Parts** $0.00

87840007 - ACTUATOR 1

---

**D.** **8044140** **FSE INSPECTED VEHICLE, FOUND OXIDATION AT DRIVER REAR CONTROL ARM. SEE LAST RO 469933** **Warranty Pay** **$0.00**

Job added by Francisco Bracamonte on Tue May 14, 2024 | 11:55 AM

1.excessive oxidation on the left rear lower control arm, FSE approved replacement, final repair

8044140 -Rear Suspension Lower Control Arm Replacement **Labor** $0.00

1. verified concern. excessive oxidation found on left rear lower control arm. inspected for any outside source of cause: none detected. FSE inspected and approved replacement. replaced left rear lower control arm. reset alignment. rear toe and front toe. road test to verify repair/passed. 24125m out

2. Rear Suspension Lower Control Arm Replacement b - 1.0[incl align base time], olh - .6[alignment adds]

**Parts** $0.00

84728685 (S) - ARM 1 `SOR`

---

Fees $0.00

FREIGHT - $0.00

---

**E.** **RENT** **RENTAL C402133 1GTPUJEK6RZ201719** **Warranty Pay** **$0.00**

Job added by Taina Mendoza on Tue May 14, 2024 | 12:00 PM

1.RENTAL VEHICLE

RENT -RENTAL **Labor** $0.00

1. RENTAL VEHICLE Vehicle Log - RA: F9DFC286 On Loan (1GTPUJEK6RZ201719 - GMC Sierra Crew Cab)

---





**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer Pay Invoice**
# $0.00

**RO# : 475242 | Tag# : 7545**
Check-in: Tue May 14, 2024 | 10:42 AM
Ready for Pickup: Mon Jun 3, 2024 | 9:29 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Francisco Bracamonte |
| | | *6680* | 2383 |
| | | | (407) 426 - 3000 |

### 2. SOP ONE DAY PLUS INSTALLATION

Fees                                                                                $0.00

VEHRENT - RENTAL $40/Day - $0.00

| | |
|---|---|
| Labor | $0.00 |
| Parts | $0.00 |
| Sublet Labor | $0.00 |
| Sublet Parts | $0.00 |
| Fees | $0.00 |
| Discounts | $0.00 |
| Tax | $0.00 |
| Deductible | $0.00 |
| Insurance/Warranty | $0.00 |
| **Invoice Total** | **$0.00** |
| My GM Rewards Redeemable | $0.00 |
| Total Payable (if rewards are applied) | $0.00 |

**Original Estimate**
Tue May 14, 2024 | 10:42 AM        $0.00

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

Customer Signature

Service Advisor Signature

**Invoice Date**
Mon Jun 3, 2024 | 9:29 AM





**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Customer Pay Invoice**
**$0.00**

**RO# : 475242 | Tag# : 7545**
Check-in: Tue May 14, 2024 | 10:42 AM
Ready for Pickup: Mon Jun 3, 2024 | 9:29 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | **Francisco Bracamonte** |
|  |  | *6680* | 2383 |
|  |  |  | (407) 426 - 3000 |

**DISCLAIMER OF WARRANTIES:** Any warranties on the product sold hereby are those made by the manufacturer. The dealer is not a party to any Manufacturer's warranty on parts or service contained herein. THE DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY PARTS, LABOR OR DIAGNOSTIC SERVICES FURNISHED UNDER THIS ORDER.

By Signing below, you acknowledge that you were notified of and authorized the Dealership to perform the service/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE: _____  Customer Signature: _____

Authorized Dealership Representative Signature: _____

**SHOP SUPPLIES COST:** We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $30.00, to the repair order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

 © Tekion Corp 2024

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL 32817

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
⬛⬛⬛⬛6680
License: 22GUY
SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI 4WD: AT: Sport
Utility
24,118 Mi In / 24,118 Mi
Out

**RO#:** 475242
Tag# : 7545
Technician
2267

## Multi-Point Inspection

**A. GMI**   ✅ Pass: 44   ⚠️ Caution: 3   ❌ Fail   🚫 Not Applicable: 1   ⓘ Refer Notes

### Interior & Exterior

#### Lights
| | |
|---|---|
| Headlights/Turn Signals/High Beams/Fog Lights | ✅ ⚠️ ❌ |
| Tail Lights/Turn Signals/Brake Lights/Reverse Lights | ✅ ⚠️ ❌ |
| Exterior Lamps/Hazard Lights | ✅ ⚠️ ❌ |

#### Wipers & Horn
| | |
|---|---|
| Front Wipers | ✅ ⚠️ ❌ |
| Rear Wiper | ✅ ⚠️ ❌ 🚫 |
| Horn | ✅ ⚠️ ❌ |

#### Other Services
| | |
|---|---|
| Check that floor mats do not interfere with pedals, are the correct size, and are secured properly | ✅ ⚠️ ❌ |
| Ignition lock cylinder operation | ✅ ⚠️ ❌ |
| Safety belts, buckles, latch plates, retractors & anchors | ✅ ⚠️ ❌ |
| Starter switch operation | ✅ ⚠️ ❌ |
| Accelerator pedal high effort or damage | ✅ ⚠️ ❌ |

### Under Hood

#### Fluid Levels
| | |
|---|---|
| Engine Oil Level | ✅ ⚠️ ❌ |
| Engine Cooling System | ✅ ⚠️ ❌ |
| Power Steering Fluid | ✅ ⚠️ |
| Brake Reservoir Fluid | ✅ ⚠️ |
| Windshield Washer Fluid | ✅ ⚠️ ❌ |
| Transmission Fluid | ✅ ⚠️ ❌ |
| Diesel Exhaust Fluid (DEF) | ✅ ⚠️ ❌ 🚫 |
| Drive axle | ✅ ⚠️ ❌ 🚫 |
| Transfer case | ✅ ⚠️ ❌ 🚫 |
| Fuel system (including gas cap seating) | ✅ ⚠️ ❌ |
| Oil life monitor % | 21 % ✅ ⚠️ ❌ |
| Remaining Engine Oil Life % | 21 % ✅ ⚠️ ❌ |

### Under Hood

#### Filters & Cooling Systems
| | |
|---|---|
| Passenger Compartment Air Filter | ✅ ⚠️ ❌ |
| Engine Air Filter | ✅ ⚠️ ❌ |

#### Belts/Hoses/Spark Plugs
| | |
|---|---|
| Belts: Engine, Accessory, Serpentine and/or V-drive | ✅ ⚠️ ❌ |

#### Battery
| | |
|---|---|
| Battery Condition | ✅ ⚠️ ❌ |
| Battery, Cables and Connections | ✅ ⚠️ ❌ |
| Battery voltage | 9 ✅ ⚠️ ❌ |

#### Other Services
| | |
|---|---|
| Evaporative control system | ✅ ⚠️ ❌ |
| Gas struts on hood or lift gate for wear & hold open ability | ✅ ❌ 🚫 |
| Hoses: engine, power steering and HVAC | ✅ ⚠️ ❌ |

### Tires

#### Tread Depth
| | | |
|---|---|---|
| Left Front | 4 /32" | ✅ ⚠️ ❌ |
| Right Front | 10 /32" | ✅ ⚠️ ❌ |
| Left Rear | 4 /32" | ✅ ⚠️ ❌ |
| Right Rear | 4 /32" | ✅ ⚠️ ❌ |

#### Tire Pressure, Condition & Age
| | |
|---|---|
| Alignment needed | ✅ ❌ |
| Balance needed | ✅ ❌ |
| Rotation needed | ✅ ❌ |

### Brakes

#### Brake Pads
| | | |
|---|---|---|
| Front Pads | 9 mm | ✅ ⚠️ ❌ |
| Rear Pads | 9 mm | ✅ ⚠️ ❌ |

© Tekion Corp 2024

Carl Black of Orlando, LLC

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
*6680*
License: 22GUY
SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI: 4WD: AT: Sport
Utility
24,118 Mi In / 24,118 Mi
Out

**RO#:** 475242
**Tag# :** 7545
Technician
2267

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

## Multi-Point Inspection

### Brakes

**Brake System**
Brake System (Including Lines, Hoses and Parking Brake)

**Brake Pads**
Parking brake

### Under Vehicle

**Steering/Suspension**
Steering Components

**Transmission/Axle**
CV Drive Axle Boots or Driveshafts & U-joints
Chassis Components Lubrication

**Other Services**
Exhaust system components
Shocks and Struts (check operation)

### Inspection range information



Tread Depth - Right Front Range:
✅ 8/32" - 100/32"    ❌ 0/32" - 3/32"    ⚠️ 4/32" - 7/32"

Tread Depth - Left Rear Range:
✅ 8/32" - 100/32"    ❌ 0/32" - 3/32"    ⚠️ 4/32" - 7/32"

Tread Depth - Right Rear Range:
✅ 8/32" - 100/32"    ❌ 0/32" - 3/32"    ⚠️ 4/32" - 7/32"

Brake Pads - Front Pads Range:
✅ 7mm - 100mm    ❌ 0mm - 3mm    ⚠️ 4mm - 6mm

Brake Pads - Rear Pads Range:
✅ 7mm - 100mm    ❌ 0mm - 3mm    ⚠️ 4mm - 6mm

### OnStar Diagnostics



OnStar Active
Enrolled in Advanced Diagnostics Report
Enrolled in Dealer Maintenance Notification
Service History/Recall Check

### Inspection range information



Fluid Levels - Oil life monitor % Range:
✅ 21% - 100%    ❌ 0% - 5%    ⚠️ 6% - 20%

Fluid Levels - Remaining Engine Oil Life % Range:
✅ 21% - 100%    ❌ 0% - 5%    ⚠️ 6% - 20%

Battery - Battery voltage Range:
✅ 9 - 100    ❌ 0 - 3    ⚠️ 4 - 8

Tread Depth - Left Front Range:
✅ 8/32" - 100/32"    ❌ 0/32" - 3/32"    ⚠️ 4/32" - 7/32"

Carl Black of Orlando, LLC
11500 E Colonial Dr, Orlando, FL 32817

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
⬛⬛⬛⬛⬛6680
License: 22GUY
**SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI: 4WD: AT: Sport
Utility**
24,118 Mi In / 24,118 Mi
Out

RO #: **475242**
Tag# : **7545**
Technician
2267

## Services

| | | | | |
|---|---|---|---|---|
| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
| | | Job added by - on Tue May 14, 2024 \| 10:42 AM | | |
| B. | CC | Client states when turning all the way to the left that there is a vibrating/grinding noise coming from passenger front wheel. See RO# 464838 S/O part in stock | Warranty Pay | $0.00 |
| | | Job added by - on Tue May 14, 2024 \| 10:42 AM | | |
| C. | CC | FSE STATES THAT THERES A RATTLE AT REAR END/POPPING NOISE WHILE DRIVING, CHECK AND ADVISE. | Warranty Pay | $0.00 |
| | | Job added by - on Tue May 14, 2024 \| 11:53 AM | | |
| D. | CC | FSE INSPECTED VEHICLE, FOUND OXIDATION AT DRIVER REAR CONTROL ARM. SEE LAST RO 469933 | Warranty Pay | $0.00 |
| | | Job added by - on Tue May 14, 2024 \| 11:55 AM | | |
| E. | RENT | RENTAL C402133 1GTPUJEK6RZ201719 | Customer Pay | $42.00 |
| | | Job added by - on Tue May 14, 2024 \| 12:00 PM | | |

| | |
|---|---|
| Additional Fees | $0.00 |
| Additional Discount | $0.00 |
| Tax | $2.60 |
| **Current Estimate** | **$44.60** |

## Deferred Recommendation(s)

RO #: 464838                                         Date: Mar 14, 2024

| ⚠️ | A. | REC | REPLACE HVAC CONTROL PANEL | Customer Pay | $805.74 |
|---|---|---|---|---|---|

Carl Black of Orlando, LLC
11500 E Colonial Dr. Orlando, FL 32817

**Customer**
CHAD PETERMAN

**Vehicle**
2021 GMC Yukon
VIN
*6680*
License: 22GUY
**SLT: Sport Utility 5.3L V8
4DR Naturally Aspirated
GAS FI: 4WD: AT: Sport
Utility**
24,118 Mi In / 24,118 Mi
Out

RO #: **475242**

Tag# : **7545**

Technician
2267

11500 E Colonial Orlando FL US 32817
www.carlblackorlando.com/
+1(888) 502 - 0763
paycbo@carlblack.com
STATE REG# MV-61116 11500 EAST COLONIAL
DRIVE, Orlando FL 32817

| | | | | | |
|---|---|---|---|---|---|
| ⚠️ | B. | TIRE4 | REPLACE FOUR TIRES | Customer Pay | $1,146.44 |
| ❌ | C. | ALIGN | WHEEL ALIGNMENT | Customer Pay | $129.99 |

RO #: 469933                                             Date: May 15, 2024

| | | | | | |
|---|---|---|---|---|---|
| ⚠️ | A. | REC | Replace driver lower control arm | Customer Pay | $187.67 |

x
Customer Signature                                        Date



**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**Estimate**

**RO# : 483629 | Tag# : 7395**
Check-in: Tue Aug 27, 2024 | 11:09 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Pickup-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | **2021 GMC Yukon** | Jonathan Leatherman |
| | | | 2400 |
| | **Billing-Customer** | *6680* | (407) 426 - 3000 |
| | Same as Customer | License: 22GUY | |
| | | 24,150 Mi In | |



| A. | GMI | GM COURTESY MULTI-POINT INSPECTION | Internal Pay | $0.00 |
|---|---|---|---|---|

**Job added by Jonathan Leatherman on Tue Aug 27, 2024 | 11:09 AM**

GMI -GM COURTESY MULTI-POINT INSPECTION
   1. INSPECTION COMPLETED

| B. | RBATT | REPLACE BATTERY | Internal Pay | $0.00 |
|---|---|---|---|---|

**Job added by Jonathan Leatherman on Tue Aug 27, 2024 | 11:09 AM**

RBATT -REPLACE BATTERY
   1. REPLACED BATTERY

| | |
|---|---|
| Labor | **$0.00** |
| Parts | **$0.00** |
| Sublet Labor | **$0.00** |
| Sublet Parts | **$0.00** |
| Fees | **$0.00** |
| Discounts | **$0.00** |
| Tax | **$0.00** |
| **Estimate Total** | **$0.00** |

*Unable to fetch GM Rewards info during PDF Generation. Please re-generate the PDF to view GM Rewards Info.*

Customer Signature

Date Tue Aug 27, 2024 | 11:09 AM





Estimate

**Carl Black of Orlando, LLC**
11500 E Colonial Dr, Orlando, FL, 32817

**RO# : 483629 | Tag# : 7395**

Check-in: Tue Aug 27, 2024 | 11:09 AM

STATE REG# MV-61116 11500 EAST COLONIAL DRIVE, Orlando FL 32817

| Customer | Billing-Customer | Vehicle | Service Advisor |
|---|---|---|---|
| CHAD PETERMAN | Same as Customer | 2021 GMC Yukon | Jonathan Leatherman |
| | | *6680* | 2400 |
| | | | (407) 426 - 3000 |

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN: I UNDERSTAND , THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $150.
☐ I REQUEST A WRITTEN ESTIMATE
☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED: _____ DATE: _____

**PAYMENT TERMS:** I agree to pay for the inspection and repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the repairs unless the Dealership agrees to other payment arrangements in advance. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.
**SHOP SUPPLIES COST:** A charge equal to 10% of the total cost of the labor and parts, not to exceed $30.00, will be added to the repair order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).
**LABOR AND PARTS COSTS:** Labor charges are based on both a flat rate and an hourly rate unless otherwise indicated. All parts installed are new unless otherwise indicated. You are entitled, upon request, to inspect all parts removed from the vehicle or, provided that the Dealership does not have a warranty arrangement or exchange parts program with the manufacturer, supplier or distributor, to have them returned.

Discard Replaced Parts _____ (INITIAL) Saved Replaced Parts _____ (INITIAL)
**DISCLAIMER OF WARRANTIES:** Any warranties on the product sold hereby are those made by the manufacturer. The dealer is not a party to any Manufacturer's warranty on parts or service contained herein. THE DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO ANY PARTS, LABOR OR DIAGNOSTIC SERVICES FURNISHED UNDER THIS ORDER.
I understand that the Dealership is not responsible for any delays caused by unavailability of the parts or shipping by the supplier or transporter, nor is it responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control.
I hereby grant the Dealerships permission to operate the vehicle in streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Customer Signature:_____ Date:_____
**STORAGE CHARGES:** I understand that a storage charge equal to $20.00 will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 working days after being notified that the repairs have been completed.

**CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK:** If I authorize diagnostic work to estimate the cost of repair or commencement of repairs, but do not authorize completion of repair or service, a charge will be imposed for disassembly, reassembly or partial completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless I waive reassembly, or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service



© Tekion Corp 2024