## RETURN OF SERVICE

**State of Florida**  **County of MIDDLE**

Case Number: 6:24-CV-1767-WWB-RMN

Plaintiff:
**CP TILE & MARBLE PLUS INC.,**
**A Florida Corporation**


KDY2024045178

vs.

Defendant:
**GENERAL MOTORS, LLC.,**
**a Foreign Limited Liability Company**

For:
JOSHUA FEYGIN, PLLC
1930 HARRISON ST.
STE 208F
HOLLYWOOD, FL 33020

Received by WILL RISER on the 1st day of October, 2024 at 5:05 pm to be served on **GENERAL MOTORS, LLC C/O CORPORATION SERVICE COMPANY, 1201 HAYS ST, TALLAHASSEE, FL 32301**.

I, WILL RISER, do hereby affirm that on the **2nd day of October, 2024** at **12:00 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS, CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT, NOTICE OF PENDENCY OF OTHER ACTIONS, AND CIVIL COVER SHEET** to: **Cavalier Spicer** as Customer service associate, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 HAYS ST, TALLAHASSEE, FL 32301**. on behalf of **GENERAL MOTORS, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Black, Height: 6'0", Weight: 180, Hair: White, Glasses: N

**WILL RISER**
Process Server 288

**KD PROCESS**
**2957 CAPITAL PARK DRIVE**
**SUITE # 7**
**TALLAHASSEE, FL 32301**
**(850) 727-4363**

Our Job Serial Number: KDY-2024045178

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

10/2/24
WR288
12PM

| | |
|---|---|
| CP TILE & MARBLE PLUS INC., <br> A Florida Corporation, <br><br> *Plaintiff(s)* <br> v. <br><br> GENERAL MOTORS, LLC., <br> a Foreign Limited Liability Company, <br><br> *Defendant(s)* | Civil Action No. 6:24-cv-1767-WWB-RMN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GENERAL MOTORS, LLC.
C/o its Registered Agent:
CORPORATION SERVICE COMPANY
1201 Hays Street
Tallahassee, Florida 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SUE YOUR DEALER - A LAW FIRM
1930 Harrison Street
Suite 208 F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   LisaSilvia

Date:   October 1, 2024

*Signature of Clerk or Deputy Clerk*