UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CP TILE & MARBLE PLUS, INC.,

    Plaintiff,

vs.                                CASE NO.:  6:24-cv-1767-WWB-RMN

GENERAL MOTORS LLC,

    Defendant.
_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL
## FOR DEFENDANT GENERAL MOTORS LLC

Defendant General Motors LLC, pursuant to Local Rule 2.02(a), hereby designates Steven I. Klein, Esquire as its lead counsel in this matter.

Respectfully submitted,

/s / Steven I. Klein
STEVEN I. KLEIN
Florida Bar No.:  0675245
E-mail:  sklein@rumberger.com
BRENT D. HARTMAN
Florida Bar No.: 106382
E-mail:  bhartman@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300 Fax:  407.841.2133
**Attorneys for Defendant General Motors LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10/23/2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

    /s / Steven I. Klein
STEVEN I. KLEIN
Florida Bar No.: 0675245
E-mail: sklein@rumberger.com
BRENT D. HARTMAN
Florida Bar No.: 106382
E-mail: bhartman@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300 Fax: 407.841.2133
**Attorneys for Defendant General Motors LLC**