UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CP TILE & MARBLE PLUS, INC.,

    Plaintiff,

vs.                          CASE NO.:  6:24-cv-1767-WWB-RMN

GENERAL MOTORS LLC,

    Defendant.
_____/

**DEFENDANT GENERAL MOTORS LLC'S**
**NOTICE OF ADDITIONAL APPEARANCE**

Defendant General Motors LLC, hereby gives notice of the additional appearance of **Brent D. Hartman** of the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association.  **Steven I. Klein** will continue as counsel for said Defendant, and should continue to be served in this case.

Please use the following e-mail addresses for serving discovery via e-mail:

        **Steven I. Klein**
        sklein@rumberger.com
        skleinsecy@rumberger.com
        docketingorlando@rumberger.com

**AND**

        **Brent D. Hartman**
        bhartman@rumberger.com
        bhartmansecy@rumberger.com
        docketingorlando@rumberger.com

Respectfully submitted,

/s / Brent D. Hartman
STEVEN I. KLEIN
Florida Bar No.: 0675245
E-mail: sklein@rumberger.com
BRENT D. HARTMAN
Florida Bar No.: 106382
E-mail: bhartman@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300 Fax: 407.841.2133
**Attorneys for Defendant General Motors LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10/23/2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s / Brent D. Hartman
STEVEN I. KLEIN
Florida Bar No.: 0675245
E-mail: sklein@rumberger.com
BRENT D. HARTMAN
Florida Bar No.: 106382
E-mail: bhartman@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300 Fax: 407.841.2133
**Attorneys for Defendant General Motors LLC**