UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CP TILE & MARBLE PLUS, INC.,

    Plaintiff,

vs.                              CASE NO.: 6:24-cv-1767-WWB-RMN

GENERAL MOTORS LLC,

    Defendant.
_____/

### GENERAL MOTORS LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

General Motors LLC ("GM") hereby files this Answer and Defenses to Plaintiff's Complaint, and states the following:

1. Regarding the Introduction and Paragraphs 3, 5, 6, and 7 of the Complaint, GM admits that it is a Delaware limited liability company authorized to do business in Florida, and it issued a written New Vehicle Limited Warranty (the "Warranty") applicable to the 2021 GMC Yukon, VIN: 1GKS2BKDXMR406680 ("Subject Vehicle"). GM admits that the Warranty is attached to Plaintiff's Complaint as Exhibit "B." The Warranty terms speak for themselves. GM denies all other allegations within these Paragraphs.

2. GM is without sufficient knowledge to admit or deny the allegations in Paragraphs 4, 15, 16, 24, and 26.

3. Regarding Paragraphs 8, and 10, GM admits that Plaintiff brought the Subject Vehicle to an independent dealer authorized to service GM vehicles under GM's Warranty. GM denies all other allegations within these Paragraphs.

4. Regarding Paragraph 21, GM admits only that it received Plaintiff's demand and litigation threat letter.

5. Regarding Paragraph 27, GM admits the Subject Vehicle is a "consumer product" as defined by 15 U.S.C § 2301(1).

6. Regarding Paragraph 28, GM admits the Subject Vehicle was manufactured after July 4, 1975.

7. Regarding Paragraph 29, GM admits the Warranty is a "written warranty" as defined by 15 U.S.C. § 2301(6).

8. GM denies all allegations of the Complaint not specifically admitted.

## DEFENSES

GM demands judgment in its favor based upon the following defenses:

1. GM has not breached its Warranty because the Subject Vehicle's alleged defects have been corrected.

2. GM has not breached its Warranty to the extent the alleged defects are not covered by the Warranty.

3. Plaintiff failed to comply with all conditions precedent to bringing a cause of action under the Magnuson-Moss Warranty Act to the extent Plaintiff failed to afford GM a reasonable opportunity to cure the alleged breach of warranty as required by 15 U.S.C. § 2310 (e).

2

4. GM's Warranty does not cover slight noises, vibrations, tire wear, or other normal characteristics of the vehicle.

5. GM's Warranty does not cover corrosion caused by environmental conditions, chemical treatments, or aftermarket products.

6. To the extent the alleged defects resulted from misuse, abuse, accident, neglect, modifications, the use of aftermarket and/or non-GM parts, or improper maintenance, they are not covered by the Warranty, and GM is not responsible for the damages alleged by Plaintiff and may not be held liable for same.

7. GM's warranty disclaims and excludes liability for incidental and consequential damages.

8. To the extent Plaintiff failed to use reasonable care to mitigate any alleged damages by taking reasonable measures to prevent or minimize the losses claimed as damages in this matter, Plaintiff's claim is barred or diminished.

9. GM is entitled to a set off for monies received through a judgment, settlement, or otherwise by Plaintiff from any party or non-party to this action in relation to the damages alleged in the Complaint.

10. GM reserves the right to plead any and all additional defenses that may become known during discovery.

WHEREFORE, General Motors LLC respectfully requests this Court to enter judgment in its favor.

## DEMAND FOR JURY TRIAL

General Motors LLC demands a trial by jury as to all issues so triable.

Respectfully submitted,

/s / Brent D. Hartman
STEVEN I. KLEIN
Florida Bar No.:  0675245
E-mail:  sklein@rumberger.com
BRENT D. HARTMAN
Florida Bar No.: 106382
E-mail:  bhartman@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300 Fax:  407.841.2133
**Attorneys for Defendant General Motors LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10/23/2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s / Brent D. Hartman
STEVEN I. KLEIN
Florida Bar No.:  0675245
E-mail:  sklein@rumberger.com
BRENT D. HARTMAN
Florida Bar No.: 106382
E-mail:  bhartman@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300 Fax:  407.841.2133
**Attorneys for Defendant General Motors LLC**