UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CP TILE & MARBLE PLUS, INC.,

      Plaintiff,

vs.                         CASE NO.:  6:24-cv-1767-WWB-RMN

GENERAL MOTORS LLC,

      Defendant.

_____/

## DEFENDANT GENERAL MOTORS LLC'S
## NOTICE OF A RELATED ACTION

    In accordance with Local Rule 1.07(c), I certify that the above-captioned case:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully submitted,

/s / Brent D. Hartman
STEVEN I. KLEIN
Florida Bar No.:  0675245
E-mail:  sklein@rumberger.com
BRENT D. HARTMAN
Florida Bar No.: 106382
E-mail:  bhartman@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300 Fax:  407.841.2133
**Attorneys for Defendant General Motors LLC**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on 10/23/2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s / Brent D. Hartman
STEVEN I. KLEIN
Florida Bar No.:  0675245
E-mail:  sklein@rumberger.com
BRENT D. HARTMAN
Florida Bar No.: 106382
E-mail:  bhartman@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300 Fax:  407.841.2133
**Attorneys for Defendant General Motors LLC**