# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Case No.: 6:24-cv-1767

CP TILE & MARBLE PLUS INC.,
A Florida Corporation,

 Plaintiff,

v.

GENERAL MOTORS, LLC,
A Foreign Limited Liability Company,

 Defendant.

_____/

## NOTICE OF SETTLEMENT

In accordance with M.D. Fla. L.R. 3.09 and Fed. R. Civ. P. 41, the Parties to this action, through undersigned counsel, hereby notify the Court that a settlement in principle has been reached in this action. The Parties ask the Court to retain jurisdiction while the parties negotiate the terms of the settlement agreement and effectuate the terms of the same.

The Parties anticipate filing a stipulation for dismissal with prejudice within THIRTY (30) days.

Dated: November 25, 2024

Respectfully submitted,

/s/ Joshua Feygin
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685

Email: Josh@JFeyginesq.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison Street, Suite 208
Hollywood, FL 33020
Telephone: (954) 228-5671
Facsimile: (954) 697-0357
*Counsel for Plaintiff*

/s/ Steven Ira Klein
Steven Ira Klein, Esq.
FL Bar No: 675245
E-mail: sklein@rumberger.com
**Rumberger, Kirk & Caldwell, PA**
300 S Orange Ave Ste 1400
Orlando, FL 32801
Telephone: (407) 872-7300
Facsimile: (407) 841-2133
*Counsel for Defendant, GENERAL MOTORS, LLC.*

/s/ Brent Dovell Hartman
Brent Dovell Hartman, Esq.
FL Bar No: 106382
E-mail: bhartman@rumberger.com
**Rumberger, Kirk & Caldwell, PA**
300 S Orange Ave Ste 1400
Orlando, FL 32801
Telephone: (407) 872-7300
Facsimile: (407) 841-2133
*Counsel for Defendant, GENERAL MOTORS, LLC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on November 25, 2024, via the Clerck of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

                                                   /s/ Joshua Feygin
                                                   Joshua Feygin, Esq.
                                                   FLORIDA BAR NO: 124685

## SERVICE LIST

All Counsel of Record.