# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Case No.: 6:24-cv-1767

CP TILE & MARBLE PLUS INC.,
A Florida Corporation,

    Plaintiff,

v.

GENERAL MOTORS, LLC,
A Foreign Limited Liability Company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, by and through respective counsel, and hereby file this Joint Notice of Voluntary Dismissal with Prejudice as to Defendant GENERAL MOTORS, LLC. Each party to bear their own attorney's fees and costs.

Dated: December 12, 2024

Respectfully submitted:

/s/ Joshua E. Feygin
**JOSHUA FEYGIN, ESQ.**
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison St, Suite 208F

Hollywood, FL 33020<br>
Tel: (954) 228-5674<br>
Fax: (954) 697-0357<br>
*Counsel for Plaintiff, CP TILE &*<br>
*MARBLE PLUS INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on December 12, 2024, via the Clerck of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

*/s/ Joshua Feygin*<br>
**Joshua Feygin**<br>
Florida Bar No. 124685

## SERVICE LIST

All counsel of record.